

| | |
|---|---|
| Book | District Policy |
| Section | J - Students |
| Title | Student Dress Code |
| Code | JICA |
| Status | Active |
| Last Revised | July 21, 2021 |
| Last Reviewed | July 21, 2021 |
| Prior Revised Dates | 7-21-2020 |

**Student Dress Code**

The District recognizes that students have a right to express themselves through dress and personal appearance and should be able to style their hair for school in a manner that expresses their individuality without fear of unnecessary discipline or body shaming; in compliance with the Crown Act of 2020. Students shall not wear apparel that is deemed disruptive or potentially disruptive to the classroom environment or to the maintenance of a safe and orderly school.

A safe and disciplined learning environment is essential to a quality educational program. District-wide standards on student attire are intended to help students concentrate on schoolwork, reduce discipline problems, and improve school order and safety.

High School Students are expected to wear their student ID at all times during the day, with the exception of Physical education classes, or classes or other activities where wearing a lanyard could/would be a safety hazard.

Any student deemed in violation of the dress code shall be required to change into appropriate clothing or make arrangements to have appropriate clothing brought to school immediately. In this case, there shall be no further penalty.

If the student cannot promptly obtain appropriate clothing, on the first offense, the student shall be given a written warning and an administrator shall notify the student's Parents/Guardians. On the second offense, the student shall remain in the administrative office for the day and do schoolwork and a conference with Parents/Guardians shall be held.

**Unacceptable Items**

The following items are not acceptable in school buildings, on school grounds, or at school activities:

1. Shorts, dresses, skirts or other similar clothing shorter than mid-thigh length.
2. Sunglasses and/or hats worn inside the building.
3. Inappropriately sheer, tight or low-cut clothing (e.g.,midriffs, halter tops, backless clothing, tube tops, garments made of fishnet, mesh or similar material, muscle tops, etc.) that bare or expose traditionally private parts of the body including, but not limited to, the stomach, buttocks, back and breasts.
4. Tank tops or other similar clothing with straps narrower than 1.5 inches in width.
5. Bandanas of any color.

Any clothing, paraphernalia, grooming, jewelry, hair coloring, accessories, or body adornments that are or contain any advertisement, symbols, words, slogans, patches, or pictures that:

1. Refer to drugs, tobacco, alcohol, or weapons.
2. Are of a sexual nature.
3. By virtue of color, arrangement, trademark, or other attribute denote membership in gangs that advocate drug use, violence, or disruptive behavior.
4. Are obscene, profane, vulgar, lewd, or legally libelous.
5. Threaten the safety or welfare of any person.
6. Promote any activity prohibited by the student code of conduct.

**Exceptions**

Appropriate athletic clothing may be worn in physical education classes. Clothing normally worn when participating in school-sponsored extracurricular or sports activities may be worn to school when approved by the sponsor or coach.

Attire worn in observance of a student's religion or medical purpose are not subject to this policy.

Building principals, in conjunction with the school accountability committees, may develop and adopt school-specific dress codes that are consistent with this policy

Legal C.R.S. 22-32-109.1 (2)(a)(I)(J) (Board Duty to Adopt Student Dress Code)

HB 20-1048 Crown Act of 2020