**EXHIBIT 3**



# CODE OF CONDUCT
## 2023 - 2024





**CONTACT US**

**WWW.HSD2.ORG** **MAIN:**
**(719)-579-2000 OFFICE OF**
**STUDENT SUPPORT:**
**(719)-579-2550**

# HIGHLIGHTS AND CHANGES TO THE STUDENT CONDUCT,
# DISCIPLINE, AND ATTENDANCE CODE

From time to time, policies and regulations that appear in the Student Conduct, Discipline, and Attendance Code (hereafter referred to as "the Code") will be changed, added, or deleted. However, because the Code will not be reprinted after every such modification, this handbook will not contain new policies and regulations that may be adopted over the life of the document, nor will it necessarily contain the most current version of any one policy or regulation. Therefore, in an effort to keep students, parent/guardians, staff, and others apprised to the maximum extent practicable, the current version of each such policy and regulation will be posted on the District website at www.hsd2.org, and hard copies may be distributed to each District school, various departments and other District work sites. Parents/guardians and others will also be apprised of significant policy and regulation changes through the District website, school newsletters, the Code of Student Conduct, Parent/Student Handbook or other appropriate means. Notwithstanding, differences that may from time to time exist between the current version of a policy or regulation and the version that appears in this handbook, the current version of District policy shall apply to students and their conduct.

District Policy JIC has been revised to address Student Dress Code.

The Non-Discrimination Declaration now includes compliance coordinators by name, title, and contact information.

## HARRISON SCHOOL DISTRICT 2 BOARD OF EDUCATION

Joyce Salazar, Director
jsalazar@hsd2.org

Corey Williams, President
cwilliams@hsd2.org

Janice "JJ" Frazier,
Vice President
jfrazier@hsd2.org

Regina English, Treasurer
renglish@hsd2.org

Michelle Wills-Hill,
Secretary mwills-
hill@hsd2.org

## EXECUTIVE LEADERSHIP TEAM

Dr. Wendy Birhanzel, Superintendent- wbirhanzel@hsd2.org

Dr. Mike Claudio, Assistant Superintendent, Personnel Support Services – mclaudio@hsd2.org

Rachel Laufer, Assistant Superintendent of Teaching and Learning- rlaufer@hsd2.org

Shelley Becker Assistant Superintendent of Business Services/CFO – sbecker@hsd2.org

Christine O'Brien, Public Information Officer – cobrien@hsd2.org

Katherine Ritchie-Rapp, General Counsel - kritchierapp@hsd2.org

# TABLE OF CONTENTS

<u>Part I:  Introduction to the Student Conduct, Discipline, and Attendance Handbook</u>

- Harrison School District 2 Commitments, Goals, Values and Mission    4
- Nondiscrimination Declaration    4
- Why a Handbook for Student Conduct, Discipline, and Attendance?    5
- Highlights and Changes to the Student Conduct, Discipline, and Attendance Code    5
- Policies that make up the Student Conduct, Discipline, and Attendance Code    6
- Student Responsibilities    6
- Student Rights    6
- General Rules of Conduct    7
- Positive Behavior Intervention and Supports (PBIS)    7

<u>Part II: Discipline and Attendance Overview and Summary</u>

- Student Dress Code    7
- Student Attendance, Absences and Truancy    9
- Non-Attendance and Truancy Procedures    10
- Student Make-Up Work Related to Absences    10
- Bully Free Schools    10
- Weapons on School Grounds    11
- Tobacco Free Schools    11
- Alcohol and Controlled Substances in Schools    11
- Academic Honesty and Plagiarism    12
- Participation in Extracurricular and School-Sponsored Activities    12
- Personal Electronics in School    12

<u>Part III: Levels of Disciplinary Infractions and Responses to Behavior</u>

- Level I Disciplinary Infractions and Responses    13
- Level II Disciplinary Infractions and Responses    14
- Level III Disciplinary Infractions and Responses    15
- Level IV Disciplinary Infractions and Responses    16
- Disciplinary Infractions and Responses (alphabetical)    17

<u>Part IV: Due Process Procedures and Student Searches</u>

- Student Interrogations and Searches    23
- Disciplinary Due Process and Procedures    25
- Disciplinary Due Process and Procedures for Level III and IV Behavior Incidents    26
- Habitually Disruptive Students    27
- Disciplining Students with Disabilities    27
- Annual Notification of FERPA rights    28

<u>Appendix A and Appendix B</u>    30

<u>Part V: Acknowledgement of Receipt</u>

- Acknowledgment of receipt for Code of Conduct    31
- Acceptable Use Agreement for Students    32

# OUR VISION AND GOALS

**DISTRICT VISION**
Graduate college & career ready students with the knowledge, skills, attitudes, and behaviors to personally succeed and contribute to the common good.

**CORE BELIEFS:**
All students are capable of excellence

Our purpose is to maximize student success

The well-being of our students, staff, families, and community is worthy of our investment

**GOALS:**
Establish a culture where all students, staff and families are valued, supported and appreciated

Empower all students with the education and skills necessary to be successful in their life journey

Broaden meaningful, active engagement among students, families, and community

# NONDISCRIMINATION  DECLARATION

Policy AC

The Board is committed to providing a safe learning and work environment where all members of the school community are treated with dignity and respect. The schools in the District are subject to all federal and state laws and constitutional provisions prohibiting discrimination by race, color, national origin, religion, sex, age, disability, sexual orientation, genetic information or any other applicable status protected by federal, state or local law. No otherwise qualified student, employee, applicant for employment or member of the public shall be excluded from participation in, be denied the benefits of, or be subject to unlawful discrimination under any district program or activity on the basis of race, color, national origin, religion, sex, age, disability, sexual orientation, genetic information or any other applicable status protected by federal, state or local law.

This policy and regulation shall be used to address all concerns regarding unlawful discrimination and harassment, except those regarding sexual harassment which is addressed in policies GBAA and JBB.

In keeping with these statements, the following shall be the objectives of this school district:

1. To promote the rights and responsibilities of all individuals as outlined in the state and federal constitutions, pertinent legislation and applicable judicial interpretations.
2. To encourage positive experiences in human values for children and adults who have differing personal and family characteristics or who come from various socio-economic, racial and ethnic groups.
3. To consider carefully, in all decisions made which affect the schools, the potential benefits or adverse consequences that those decisions might have on the human relations aspects of all segments of society.
4. To utilize educational experiences to build each's pride in the community in which he or she lives.
5. To initiate a process of reviewing all policies and practices of this school district to achieve the objectives of this policy to the greatest extent possible.
6. To investigate and resolve promptly any complaints of unlawful discrimination and harassment.
7. To investigate and appropriately discipline staff and students found to be responsible for incidents of harassment or unlawful discrimination in violation of district policy.

| ADA and Section 504 Compliance Officer for Students: | ADA and Section 504 Compliance Officer for Employees: | Title IX Coordinator: |
|---|---|---|
| Nicole Schurbon, Student Support Director | Dr. Michael Claudio, Assistant Superintendent of Personnel Support Services | Katherine Ritchie-Rapp, General Counsel |
| 1060 Harrison Road | 1060 Harrison Road | 1060 Harrison Road |
| Colorado Springs, CO 80905 | Colorado Springs, CO 80905 | Colorado Springs, CO 80905 |
| (719) 538-1351 | (719) 579-2018 | (719) 538-1343 |
| nschurbon@hsd2.org | mclaudio@hsd2.org | kritchierapp@hsd2.org |

# WHY A HANDBOOK FOR STUDENT CONDUCT, DISCIPLINE, AND ATTENDANCE?

Policy JIC; JICDA

The purpose of the Student Conduct, Discipline and Attendance Handbook is to provide a summary of the policies and procedures that make up Harrison School District 2's Student Conduct, Discipline, and Attendance Code. This handbook is meant as a resource and guide for students, parents/guardians, and staff, and provides procedures and clarity for all discipline related issues throughout the District.

### The Code of Student Conduct sets guidelines:

- To foster sound educational practice and productive learning, and equip every student in the District for success today and in the future;
- To develop in every student in the District a positive attitude toward self-discipline, regular attendance, and socially acceptable behavior;
- To help every school in the District maintain a learning atmosphere that is safe, conducive to learning, and free from unnecessary disruption;

- To ensure that every student in the District shows respect for authority, follows district rules and policies, and state and federal laws regarding conduct, discipline, and attendance in school;
- To serve as a guide for district employees and community members regarding reasonable and appropriate interventions and consequences for unacceptable behavior and attendance.

# THE FOLLOWING POLICIES FORM THE STUDENT CONDUCT, DISCIPLINE, AND ATTENDANCE CODE

**STUDENT CONDUCT**
**ADC**- Tobacco-Free Schools
**ECAC** – Vandalism
**GBGB** - Staff Personal Security and Safety
**JBB** - Student Sexual and Racial Harassment/ Discrimination
**JIC** - Student Conduct
**JICA** - Student Dress
**JICDA** - Code of Conduct
**JICDE** – Bullying Prevention
**JICH** - Drug and Alcohol Use by Students
**JICI** – Weapons in School
**JICJ**- Student Use of Cell Phones and Personal Technology Devices

**DISCIPLINE**
**JIH** - Student Interrogations, Searches, and Arrests
**JK** - Student Discipline
**JKA** - Use of Physical Intervention and Restraints
**JKBA** - Formal Disciplinary Removals from Classrooms by Teachers
**JKD/JKE** - Student Suspension/Expulsion/Denial of Admission
**JKG** - Expulsion Prevention Program
**JICF** - Secret Societies/Gang Activity D
**ATTENDANCE**
**JH** – Student Absences and Excuses
**JHB** - Truancy

## STUDENT RESPONSIBILITIES

Harrison School District 2 has developed the Code of Student Conduct to help students, parents/guardians, and school personnel understand the guidelines for maintaining a safe learning and working environment. It is intended to guide all students in grades K-12 in all of the District's traditional, charter, and alternative education settings.

The Colorado Revised Statutes and district policies make it clear that behavior which takes place off of school grounds may properly be the subject of suspension or expulsion where the behavior is detrimental to the safety and welfare of other students or school personnel. Not all off-campus behavior will have adverse effects at school, but behavior which does subject a student to potential discipline, including suspension and expulsion. Furthermore, students who are disciplined for infractions according to the provisions of this Code may also be subject to additional consequences by law enforcement for acts that violate local, state and federal law.

## STUDENTS HAVE THE RIGHT

- To a safe and positive learning environment free of crime, violence, intimidation, bullying, harassment, and other forms of discrimination
- To be informed of the policies and procedures for student discipline, attendance, and truancy
- To free expression of thoughts, in speech and writing, that does not violate the rights of others or is disruptive to the learning environment

- To learn about the grading standards used throughout all curriculum and classes
- To privacy of their personal property, unless reasonable suspicion exists to examine such property
- To have a confidential student record as provided by state and federal law
- To due process related to discipline and attendance decisions at all levels

**Each Student Who Attends a Harrison District 2 School is Expected to Obey District Rules:**

- While on school grounds or in school buildings
- While on district grounds or in district buildings
- While in school or district vehicles
- During school sponsored activities, field trips, and sporting events

6

# GENERAL RULES OF CONDUCT
### Policy JICDA

- Students shall act in a manner that maximizes the substantial benefits of public education.
- Students shall accept responsibility for their behavior.
- Students shall develop and use problem-solving skills to resolve conflicts.
- Students shall follow the established district, school, and classroom rules.
- Students shall maintain academic integrity.
- Students shall refrain from interfering with learning and teaching.
- Students shall maintain appropriate dress and hygiene.
- Students shall respect others.
- Students shall respect the rights and property of others.
- Students shall refrain from harming themselves or others.
- Students shall refrain from acting in such a manner as to expose others to risk or danger of harm or injury.
- Students shall not use threats or intimidation against others.
- Students shall not engage in unlawful activities.
- Students shall refrain from carrying, bring, use, or possess any weapon or weapon facsimile, or use anything else as a weapon, in or on district property.

# POSITIVE BEHAVIOR INTERVENTION AND SUPPORTS (PBIS)

The school-wide application of positive behavior intervention and supports (PBIS) is a prevention-oriented approach to student discipline that is characterized by its focus on defining and teaching behavioral expectations, rewarding appropriate behaviors, continual evaluation of its effectiveness, and the integration of supports for preventing problem behavior with ALL students. Each campus in Harrison School District 2 utilizes this approach based on the needs and goals of the individual school.  To receive information about a particular school, please contact the campus directly.

# STUDENT DRESS CODE
### Policy JICA

Harrison School District 2 is committed to a learning environment that is safe, conducive to high student achievement and free from unnecessary disruption. The District's dress code helps to establish a minimum standard of dress for all schools. It is expected that students follow the uniform guidelines for their school. Individual school principals in conjunction with the school accountability committee may develop their dress code policies that meet the guidelines set forth by board policy. Exemptions to this dress code for special occasions or personal consideration are up to the discretion of the school principal.

### The Following Clothing is Appropriate for School

- Clothing that is worn as designed and covers all private parts of the body including but not limited to the stomach, buttocks, chest and undergarments.
- Sunglasses and hooded sweatshirts (hoodies) as a head covering may be worn only outside the building, but not when participating in physical education classes, unless weather conditions are such that head coverings are authorized.
- Head coverings (except bandannas of any color) that do not impede the view of or disrupt the learning environment may be worn inside the building.
- Athletic clothing that is appropriate may be worn in physical education classes and when participating in athletic events.
- Attire worn in observance of a student's religion or for medical requirements are not subject to this policy.
- Clothing, paraphernalia, grooming, jewelry, accessories, or body adornments that contain any advertisement, symbols, words, slogans, patches, or pictures that are free from:
  - References to drugs, tobacco, alcohol, or weapons.
  - References to or images of a sexual nature.
  - Attributes that by virtue of color, arrangement, trademark, or other aspects denote membership in gangs (e.g., bandanas of any color), or that advocate drug use, violence, or disruptive behavior.
  - Obscene, profane, vulgar, lewd, or legally defamatory messaging.
  - Threats to the safety or welfare of any person.
  - Promotion of any activity prohibited by the student code of conduct.

# ✔EXAMPLES OF ACCEPTABLE SCHOOL ATTIRE













# STUDENT ATTENDANCE, ABSENCES, AND TRUANCY

Policy JH, JHB

Colorado statutes and district policies continue to stress the importance of parent/guardian involvement and responsibility in ensuring their student's educational development. Furthermore, it is the responsibility of the parent/guardian to make sure that children under their care attend school on a regular basis. The Colorado Compulsory Attendance Law was created to make sure that students from the age of six to seventeen attend school. Harrison School District 2 believes that mandatory attendance is an essential component of student achievement and works hard to make sure that attendance is accurately recorded, monitored, and reviewed for every student. The guidelines outlined in this attendance policy apply to all traditional, charter, alternative, and online schools within Harrison School District 2.

 **<u>Absences are Excused for Any Student Who:</u>**

- Is temporarily ill or injured
- Has an absence approved by a school administrator Is enrolled in an independent or parochial school Is absent for an extended period due to a mental, physical, or emotional disability
- Has been removed from school for a disciplinary action
- Is in the custody of law enforcement
- Is pursuing a school-sponsored work study program under appropriate supervision
- Any other reason set forth in school policies or provided by law.

When a student misses any part of a school day, and the parent does not provide evidence that grounds for an excuse, a student becomes truant. Students who are "skipping" school regularly, or who are absent from school for reasons that do not meet the statutory criteria above, are considered truant from school. Habitually truant students are those students who miss more than four days of school in a month, or ten days of school in one year. This truancy greatly impacts a student's achievement. Students and parents/guardians who violate this policy can be subject to disciplinary action at the school and through the judicial process.

 **Student Responsibilities**

- Attend school daily with no absences or tardies
- Follow school policies for check in and check
- out Respect the classroom rules of each teacher
- Remain on campus during the school day (high school students have off campus lunch only when approved by the building principal)
- Maintain an active schedule at school

 **Parent/Guardian Responsibilities**

- Notify school of current contact information
- Contact the school for attendance related issues within 48 hours of an absence
- Understand the attendance policies at their school
- Monitor their students' attendance and grades
- Provide proper documentation for absences, if requested
- Stress the importance of daily school attendance

# NON-ATTENDANCE AND TRUANCY PROCEDURES

The following steps may be taken by a school when a student has unexcused absences or has become habitually truant:

- The school will use best efforts to avoid instituting court proceedings for a student's failure to attend school.
- The school will develop an attendance plan and send a letter to inform the parent/guardian of attendance issues and, District, and state policies, regarding unexcused absences.
- A truancy filing checklist will be maintained to document any communication, intervention or school involvement.
- The school will convene a school attendance team (SAT) meeting with the family to address the implementation of an attendance plan. The SAT will then review the child's attendance as needed. If the child is still not complying with attendance policies, the school will notify the Compulsory Attendance Specialist at Student Support when he/she has reached the non-attendance threshold requiring truancy court intervention.

- A copy of a Notice of Non-Compliance will be sent to the parent or guardian. If the student remains non-compliant, court action will be brought.
- After court action is initiated, the school personnel and parent/guardian will be notified of the initial advisement court date.
- The school will continue to monitor  student's attendance. If the student or parent fails to follow the court order, contempt will be filed with the court.
- If at any time during this process, a student who has been identified as an attendance concern withdraws to homeschool, they must comply with Colorado law including the submission of a written description of the curriculum to be used in the program.
- Truancy records will be maintained in the student's permanent file.

# STUDENT MAKE-UP WORK RELATED TO ABSENCES
## Policy JH

Make-up work shall be provided for any class in which a student has an excused absence unless otherwise determined by the building administrator or unless the absence is due to the student's expulsion from school. It is the responsibility of the student to pick up any make-up assignments permitted on the day returning to class. There shall be <u>two</u> days *allowed for make-up work for each day of absence*. Make-up work shall be allowed following an unexcused absence or following a student's suspension from school with the goal of providing the student an opportunity to keep up with the class and an incentive to attend school. This work may receive full or partial credit, to the extent possible as determined by the building administrator.

# BULLYING PREVENTION AND EDUCATION

## Policy JICDE

By Colorado Statute 22-33-109.1, Harrison School District 2 is committed to protecting students and staff from discrimination, bullying and harassing behaviors. Bullying is the use of coercion  or  intimidation  to  obtain  control  over  another  person  or  to cause physical, mental, or emotional harm to another person.        Bullying can occur through written, verbal, or electronically transmitted expressions (i.e., cyberbullying) or by means of a physical act or gesture. Bullying is prohibited against any student for any reason, including but not limited to any such behavior that is directed toward a student on the basis of their academic performance or any basis protected by federal and state law, including disability, race, creed, color, sex, sexual orientation, gender identity, gender expression, marital status, national origin, religion, ancestry, or the need for special education services, whether such characteristic(s) is actual or perceived. Programs throughout the District are designed to help educate students, staff, and parents/guardians on identifying bullying behaviors in schools; providing strategies for addressing bullying behaviors; implementing  administrative procedures for the reporting and disciplining associated with such behaviors. Any student, who commits an act of harassment or bullying, is subject to disciplinary action. The student should  report bullying behaviors immediately to a school staff member, the school principal or principal's designee, or call Safe2Tell at 1-877-542-SAFE.

# WEAPONS ON SCHOOL GROUNDS
## Policy JICI

Harrison School District 2 prohibits weapons of any kind on school property, at school events, or off school property where the carrying, bringing, using, or possession of a weapon creates, in the determination of District personnel, a threat to other students or school district personnel. Any student who brings a weapon onto school property is subject to disciplinary action, including possible suspension and expulsion from school. School administrators will contact law enforcement in cases where there is an illegal or dangerous weapon on school grounds, or if there is the use of any object in a threatening manner. Law enforcement authorities have the right to arrest for any weapons infraction on school grounds that violates Colorado state statutes. Knives, brass knuckles, chemical sprays, slingshots, and firearms are among the weapons that are prohibited on Harrison School District 2 property. Additionally, items that shoot projectiles by compressed air or spring, like airsoft and paintball guns, are considered dangerous weapons under district policy. *Using a weapon for self-defense will not excuse a student from being disciplined according to District policy.*

School principals are to use judgment in allowing weapons on school grounds for extra-curricular activities or class sponsored programs. Students who receive approval for such programs are not subject to disciplinary action by the school or district so long as they are used at all times in conformance with the approval granted.

*Safe Harbor Provision*: Suspension shall not be mandatory under this section if the student discovers that he or she has carried, brought, or is in possession of a standard weapon or weapon facsimile and immediately notifies a teacher, administrator, or another authorized person in the school district as soon as possible and delivers the standard weapon or weapon facsimile to any such person.

# TOBACCO  FREE  SCHOOLS
## Policy ADC



To have a healthy school environment and the general health, welfare and well-being of students, use or possession of tobacco or other nicotine delivery devices by students while in or on school property or at school-sponsored activities is prohibited. Any student in possession of tobacco, or other nicotine delivery devices, is subject to disciplinary action, including suspension from school.

# ALCOHOL AND CONTROLLED SUBSTANCES IN SCHOOL
## Policy JICH, JICH-R, JLCDB



Harrison School District 2 has no tolerance for the use, possession, purchase, or distribution of alcohol, controlled substances, or drug paraphernalia. Students who violate this policy may be suspended from school immediately and may receive additional consequences from civil authorities. Students may also be immediately placed on behavior plans, be referred for drug and alcohol counseling, or referred to the Student Support Office for expulsion and suspension from school.

*The use, possession, sale or other distribution of marijuana, excluding the lawful use of Medical Marijuana, is prohibited on District grounds, upon a school bus or at any school-sponsored event. When a student has a valid prescription for the use of marijuana for medical purposes the District may maintain it for ingestion on its grounds, in its vehicles or at District events if there is a school personnel volunteer. Harrison District 2 personnel may volunteer but shall not be required to administer medical marijuana in a permissible form. A qualified student's primary caregiver may administer a permissible form of medical marijuana to a qualified student in a designated location by the provisions contained in Harrison District 2 policy JLCDB.*

# ACADEMIC HONESTY AND PLAGIARISM
## Policy JICDA

Academic honesty and integrity in school work is an essential component to student achievement. Copying another student's work, plagiarizing the work of another author, or cheating on academic tasks and assessments are prohibited. Students who commit acts of dishonesty in the academic area are subject to disciplinary action and academic penalty. Furthermore, the use of Harrison District 2 electronic media to commit academic dishonesty is a violation of the Harrison District 2 Acceptable Use Agreement and may lead to the loss of computer privileges, as well as further disciplinary action.

# PARTICIPATION IN EXTRACURRICULAR AND SCHOOL SPONSORED ACTIVITIES
## Policy JK, JK-R



Harrison School District 2 believes that school-sponsored events and extracurricular activities are a privilege and those students who participate in these must follow all applicable laws, District 2 Board policies, and school-based behavior guidelines. District policy continues to make the denial or forfeiture of extracurricular activities and participation in school-sponsored events a possible consequence for inappropriate behavior. Any student who commits a discipline infraction may lose the right to participate in school-sponsored events or extracurricular activities for up to one year. Furthermore, any student who is suspended or expelled from school will forfeit their right to participate in extracurricular or school-sponsored events throughout the suspension or expulsion period.



# PERSONAL TECHNOLOGY DEVICES IN SCHOOL
## Policy JICJ, JK, JK-R

The District believes personal technology devices may be useful tools for students in the educational environment and can play a vital communication role during emergency situations. However, use of personal technology devices in school situations must be regulated to assure that the use of such devices does not disrupt or interfere with the educational process or school operations. Therefore, students may only use PTDs on district property, on a district vehicle or at a district or school-sponsored activity or event in accordance with this policy.

For purposes of this policy, "personal technology device" (PTD) includes any privately-owned portable technology device, including but not limited to cell phones, pagers, tablets, laptops, cameras, audio and/or video recorders and players, and all other hand-held electronic communication and data storage devices.

Students may use PTDs as a designated tool for learning if authorized by the student's teacher. It is the student's responsibility to ensure that the PTD is turned off or placed in silent mode during unauthorized times.

Student use of PTDs with cameras and/or video recording capabilities is prohibited in locker rooms, bathrooms or any other location where such use could violate another person's reasonable expectation of privacy.

Students shall not use PTDs to engage in, promote or facilitate any other conduct that violates the student code of conduct, other Board policies or regulations, or state or federal law.

Violation of this policy or any other district, school or classroom rule or regulation on student use of PTDs may result in disciplinary measures and/or temporary confiscation of the PTD. Confiscated devices shall be returned to the student only after a conference with the parent/guardian, student and school personnel. If the building principal or designee believes a student's possession or use of a PTD may involve a violation of the law, the building principal or designee may also refer the matter to law enforcement.

The district shall not be responsible for loss, theft or destruction of PTDs brought onto school or district property or while the student is attending district or school-sponsored activities or events.

# LEVEL I DISCIPLINARY INFRACTIONS AND RESPONSES

Policy: JK, JK-R

| | |
|---|---|
| **LEVEL I:**<br>Level I disciplinary infractions are those infractions that are to be addressed by the teacher or staff member responsible for supervision of the student(s) when the infraction(s) occur. Disciplinary action, intervention, or prevention shall be optiona**l.**<br><br>*Repeated infractions may result in further disciplinary action. | |
| **Inappropriate Use of Language** | The use of intimidating language, foul language, or gestures that are meant to threaten, harass, harm, embarrass or bully another student. |
| **Campus Misconduct** | Inappropriate conduct on school property or at a school event which includes but is not limited to hallway misconduct, cafeteria misconduct, inappropriate public displays of affection or inappropriate use of personal electronic devices. |
| **Classroom Misconduct** | Inappropriate conduct during an academic class that includes, but is not limited to: off-task behavior, general horseplay. |
| **Dishonesty** | To give false information to a staff member or teacher. |
| **Inappropriate Dress** | Wearing clothes that are unacceptable for school or school-sponsored events is a violation of district the dress code. |
| **Inappropriate Use of a Personal Electronic Device \*** | Inappropriate use of a personal electronic device, to include but not limited to cell phones, MP3 players or video games, that, is disruptive to the classroom or learning environment. |
| **Insubordination – Level I** | To refuse a reasonable request from a staff member. |
| **Tardiness\*\*** | To be late to class or school activities without permission. |
| *\*\*Out of school suspension will not be used as a disciplinary measure for truancy, even when repeated*<br>*\* To include the use of cell phone or personal electronic device to record staff, students, fights, etc…* | |

## Level I and II Discipline Responses:

- Teach and re-teach expectations
- Written reflection/apology
- Buddy teacher system
- Verbal warning
- Parent/Guardian contact
- Parent/Guardian/Student/ Teacher conference
- Loss of privileges/participation in extracurricular or school-sponsored activities
- Loss of academic credit (for plagiarism/academic dishonesty)

- Detention
- School-based community service
- Classroom behavior plan/ discipline plan/attendance contracts
- Peer Mediation
- Restorative Practices
- Study Hall assignment
- In-Class Refocus Sheet
- Compensation for Damages determined by administration

- Confiscation of items or contraband disruptive to the learning environment (may require parent meeting for return of device)
- Other school-based alternatives, as established at each school site
- Referral to School-Based Health Center for Behavioral Health
- RTI process for behavior-students who are repeat offenders, suspended out of school for five or more days, will require Functional Behavior Assessments and Behavior Intervention Plans.

# LEVEL II DISCIPLINARY INFRACTIONS AND RESPONSES

Policy: JK, JK-R

| LEVEL II: | |
|---|---|
| Level II disciplinary infractions are those infractions that are to be addressed by the Principal (or his/her designee).  School-based alternatives, by the Principal (or his/her designee), intervention or prevention shall be required.<br><br>*Repeated infractions may result in further disciplinary action. | |
| **Altering School Records** | To alter official school records,  to include but not limited to attendance, academic work, academic grades, attendance phone calls. |
| **Bullying** | Bullying is verbal or physical behavior that is intentional and targeted towards an individual or group. Bullying is usually ongoing, not an isolated incident -(1st Offense). |
| **Campus Misconduct** | To conduct inappropriately on school property or at a school event including but not limited to  hallway misconduct, cafeteria misconduct, and inappropriate public displays of affection. |
| **Continued Level I Infractions** | To accumulate Level I infractions documented (Similar Level I Disciplinary Infraction). |
| **Failure to Complete a Level I or Level II Discipline Assignment** | To fail to complete a disciplinary consequence assigned by a staff member for a Level I or Level II behavior violation. |
| **Fighting** | To have physical contact between two or more students which does not result in serious injury or hospitalization. |
| **Gambling** | To participate in games or activities for the exchange of money or other valuables. |
| **Harassment** | To have a student or group of students display behavior aimed at tormenting, embarrassing or confusing, by continual, persistent attacks, questions, or pestering another student or group of students. |
| **Inadvertent Possession of a Standard Weapon** | To inadvertent carry or possess a standard weapon on school grounds, school district property, or at school events. |
| **Inappropriate Use of Personal Electronic Device***** | To inappropriate use a personal electronic device including but not limited to cell phones, MP3 players, or video games, that, regardless of means, is harmful to other students, staff and is detrimental or disruptive to the learning environment. |
| **Inappropriate Use of Language with Staff** | To use language, foul language or gestures that are meant to threaten, harass or bully a staff member. |
| **Physical Mistreatment of Another Student** | To physically mistreat another student on school grounds or at school-sponsored events, that does not warrant fighting, bullying, Level III violent acts, or violent acts prohibited by law. |
| **Possession of Fireworks** | To possess fireworks on school property or at school-sponsored events. |
| **School Bus Misconduct** | To conduct oneself inappropriately or unsafely while on district transportation. |
| **Theft** | To willfully take the property of another without permission. |
| **Tobacco** | To unlawfully possess or use of tobacco or nicotine delivery devices on school property or at school-sponsored events. |
| **Truancy**** | Absences from school for reasons that do not meet the statutory criteria to be excused. See Appendix A. |
| **Unauthorized Leaving Campus** | To leave school campus in violation of Closed Campus policy. |
| **Violation of the Acceptable Use Agreement – Level II** | To violate the Acceptable Use Agreement.  Behaviors include but are not limited to possession or loading of unauthorized software; theft or destruction of technology; altering workstation(s) configuration; or using a District computer to cause harm. |

*See the previous page for Level II Discipline Responses.*
**Out of school suspension will not be used as a disciplinary measure for truancy, even when repeated*
***To include the use of cell phone or personal electronic device to record staff, students, fights, etc...*

# LEVEL III DISCIPLINARY INFRACTIONS AND RESPONSES

Policy: JK, JK-R

<table>
<tr><td colspan="2">
<u>LEVEL  III:</u>

Level III disciplinary infractions are those infractions that are to be addressed by the Principal (or his/her designee)  and for which suspension by the Principal (or his/her designee) may be mandatory.

*Level III disciplinary infractions are behaviors considered material and substantial disruptions to the learning environment and will be presumed to be initiated, willful, and evident on the part of the student.*

**Level IV consequences may be imposed if the infraction warrants further disciplinary action, including expulsion and involvement of law enforcement shall be optional.**
</td></tr>
<tr><td><b>Any Act Prohibited by Federal, State or Local Law</b></td><td>To behave in a manner that violates federal, state, or local law including but not limited to false alarms,  malicious mischief, traffic violations occurring on school property, any type of direct or implied  threat to secure money or any favor from a fellow student (extortion), use of fireworks, initiation of underclass students, hazing or interference with staff and faculty.</td></tr>
<tr><td><b>Alcohol</b></td><td>To possess, purchase, use, or distribute substances that contain any amount of alcohol  on school grounds or during school-sponsored events.</td></tr>
<tr><td><b>Assault – Third Degree</b></td><td>To commit an act that would be third-degree assault if committed by an adult; To knowingly or recklessly cause bodily injury to another person.</td></tr>
<tr><td><b>Bullying</b></td><td>Bullying is verbal or physical behavior that is intentional and targeted towards an individual or group.  Bullying is usually ongoing, not an isolated incident. (2nd infraction.  Can escalate to Level IV if repeated.)</td></tr>
<tr><td><b>Damage to Property</b></td><td>To damage school property or the personal property of a District employee, on school grounds, at school events, or off of school property where the behavior is detrimental to the welfare or safety of the school, students, or school personnel.</td></tr>
<tr><td><b>Defacing School Property</b></td><td>To intentionally damage school property or the appearance of something.</td></tr>
<tr><td><b>Drug Offense:<br>Schedule IV or V Substances</b></td><td>To possess, purchase, use, or distribute, or sale, paraphernalia on school grounds or at school sponsored-activities of a  schedule IV or V controlled substance as defined by Colorado Law. See Appendix B.</td></tr>
<tr><td><b>Drug Offense:<br>Marijuana Violation</b></td><td>To possess, purchase, use fewer than two ounces of marijuana, excluding the lawful use of Medical Marijuana, on school grounds, in a school vehicle, or at a school activity or sanctioned event.</td></tr>
<tr><td><b>Fighting</b></td><td>To have physical contact between two or more students that do not result in serious injury or hospitalization.</td></tr>
<tr><td><b>Menacing</b></td><td>To make threats against another student that are malignant and hostile; threat with a weapon.</td></tr>
<tr><td><b>Physical Mistreatment of Another Student</b></td><td>To physically mistreat another student, on school grounds or at school-sponsored  events, that does not warrant assault, fighting, or other acts prohibited by law.</td></tr>
<tr><td><b>Possession or Distribution of Obscene or Harmful Materials</b></td><td>To possession or distribute materials, on school grounds or at school-sponsored events, which slanders, defames, harms another or is obscene to the educational environment.</td></tr>
<tr><td><b>Violation of the Technology Acceptable Use  Agreement – Level III</b></td><td>To violate the Acceptable Use Agreement. Behaviors include but are not limited to: use of hacker/cracker utilities; possession of personal data without consent; installing audio, video, or music servers; or transmitting, accessing, or possessing inappropriate/harmful material.</td></tr>
<tr><td><b>Weapons Infraction:</b></td><td>To carry, bring or possess a standard weapon or a weapon facsimile on school grounds or at school-sponsored events.</td></tr>
</table>

## Level III Discipline Responses:

- Suspension
- Charges filed with civil authorities
- Loss of privileges/participation in extracurricular or school- sponsored activities

- Referral to Student Support for  frequent and habitual infractions or, as required by policy
- Parent/guardian conference the after a suspension to discuss reentry

- Compensation for damages determined by administration
- Development of a Student  Success Plan
- Exclusion from ceremonies, activities, and/or commencement exercises

# LEVEL IV DISCIPLINARY INFRACTIONS AND RESPONSES

Policy: JK, JK-R

| LEVEL IV: |
|---|
| Level IV disciplinary infractions are those infractions that are to be addressed by the Principal (or his/her designee) and for which suspension by the Principal (or his/her designee) shall be mandatory.  Also, expulsion may be mandatory.  Further disciplinary action, including involvement of law enforcement, where allowed by law, shall be optional. *Level IV disciplinary infractions are behaviors considered material and substantial disruptions to the learning environment and will be presumed to be initiated, willful, and evident on the part of the student. All recommended expulsions must be approved by the Superintendent or his/her designee.* |

| | |
|---|---|
| **Assault – First or Second Degree** | The commission of an act by a student that would be first or second degree assault, if committed by an adult; when one, with intent to cause serious bodily injury to another person, causes serious bodily injury to any person by means of a deadly weapon, or with intent to cause bodily injury to another person, causes such injury to any person by means of a deadly weapon. |
| **Drug Offense: Distribution or Sale** | To distribute or sale of any schedule I, II, or III controlled substance on school grounds or at school-sponsored events. |
| **Drug Offense:  Schedule I, II or III  Controlled Substances** | To possess, purchase, or use any amount of a  schedule I, II or III controlled substance on school grounds or during school-sponsored events. |
| **Drug Offense: Marijuana Violation** | To possess, purchase, sale, or use more than two ounces of marijuana, excluding the lawful use of Medical Marijuana, on school grounds, in a school vehicle or at a school activity or sanctioned event. |
| **Menacing** | To make threats against another student that are malignant and hostile; threat with a weapon. |
| **Possession of Staff Personal Information** | To possess or access staff personal information from district resources, regardless of means. |
| **Robbery** | To commit an act that would be robbery if committed by an adult. |
| **Violation of the Acceptable Use Agreement – Level IV** | To violate the Acceptable Use Agreement.  Behaviors include but are not limited to: deliberately disabling or circumventing the District networking device or system, the loading or execution of unauthorized software creating a denial of district network resources. |
| **Weapons Infraction: Standard with Intent** | To carry, bring, possess, or use a standard weapon or a weapon facsimile, on  school grounds or at school-sponsored events, with the intent of causing harm or death to a student or staff member. |
| **Weapons Infraction: Dangerous** | To carry, bring, possess, or use a dangerous weapon or a firearm on school grounds or at a school-sponsored event. |

## Level IV Discipline Responses:

- Suspension
- Charges filed with civil authorities
- Compensation for damages
- Expulsion, transfer, or other alternative placement
- Recommendation of referral for evaluation/services
- Referral to substance abuse counseling

- Loss of privileges/participation in extracurricular or school-sponsored activities
- Referral to Central Administration for frequent and habitual infractions, or as required by policy
- Parent/guardian conference following the suspension with an appropriate administrator for

The purpose of discussing reentry
- Exclusion from ceremonies, activities, and commencement exercises

- Referral to law enforcement

## DISCIPLINARY INFRACTIONS AND RESPONSES (ALPHABETICAL)

| KEY: USE LOWEST LEVEL INDICATED FIRST | | | |
|---|---|---|---|
| **Level 1**: Classroom Support and School Support Team – may be appropriate when a student has no prior incidents, and interventions have not been put in place | **Level 2**: Appropriate Administration – may be appropriate when supports have been put in place in the classroom to address behavior but the behavior has continued to negatively impact the learning of the students and others. | Level 3: Short-Term Suspension – may be appropriate when interventions and supports have been put in place but the behavior is escalating (repeated offenses) | Level 4: Request for Long-Term Suspension/Expulsion – may be appropriate when student's behavior seriously affects the safety of others in the school |

| INAPPROPRIATE OR DISRUPTIVE BEHAVIOR | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | MAY BE REFERRED TO POLICE |
|---|---|---|---|---|---|
| Alcohol | | | | | |
| The possession, purchase, use, or distribution of substances that contain any amount of alcohol on school grounds or during school-sponsored events. | | | ✓ | ✓ | ✓ |
| Altering School Records | | | | | |
| Altering official school records, to include but not limited to attendance, academic work, academic grades, attendance phone calls | | ✓ | | | |
| Any Act Prohibited by Federal, State, or Local Law | | | | | |
| Behavior that violates federal, state, or local law, including but not limited to: false alarms, malicious mischief, traffic violations occurring on school property, any type of direct or implied threat to secure money or any favor from a fellow student (extortion), use of fireworks, initiation of underclass students, hazing or interference with staff and faculty. | | | ✓ | ✓ | ✓ |
| Assault | | | | | |
| The commission of an act by a student that would be third-degree assault, if committed by an adult; when a person knowingly or recklessly causes bodily injury to another person | | | ✓ | ✓ | ✓ |
| First or Second Degree-The commission of an act by a student that would be first or second-degree assault, if committed by an adult | | | | ✓ | ✓ |

17

# DISCIPLINARY INFRACTIONS AND RESPONSES (ALPHABETICAL)

## KEY: USE LOWEST LEVEL INDICATED FIRST

| Level 1: Classroom Support and Student Support Team – may be appropriate when a student has no prior incidents, and interventions have not been put in place | Level 2: Appropriate Administration – may be appropriate when supports have been put in place in the classroom to address behavior but the behavior has continued to negatively impact the learning of the students and others. | Level 3: Short-Term Suspension – may be appropriate when interventions and supports have been put in place but the behavior is escalating (repeated offenses) | Level 4: Request for Long-Term Suspension/Expulsion – may be appropriate when student's behavior seriously affects the safety of others in the school |
|---|---|---|---|

| INAPPROPRIATE OR DISRUPTIVE BEHAVIOR | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | MAY BE REFERRED TO POLICE |
|---|---|---|---|---|---|
| **Bullying** | | | | | |
| Bullying is verbal or physical behavior that is intentional and targeted towards an individual or group. Bullying is usually ongoing, not an isolated incident. | | ✓ | ✓ | ✓ | |
| **Campus Misconduct** | | | | | |
| Inappropriate conduct on school property or at a school event, to include but not limited to hallway misconduct, cafeteria misconduct, inappropriate public displays of affection, or inappropriate use of personal electronic devices. | ✓ | ✓ | | | |
| **Classroom Misconduct** | | | | | |
| Inappropriate conduct during an academic class that includes, but is not limited to off-task behavior, general horseplay. | ✓ | | | | |
| **Damage to Property** | | | | | |
| To deface School Property- Damage to school property; damage to the appearance of something, especially intentionally. | | | ✓ | | ✓ |
| To damage school property or the personal property of a District employee, on school grounds, at school events, or off of school property where the behavior is detrimental to the welfare or safety of the school, students, or school personnel. | | | ✓ | | ✓ |
| **Dishonesty** | | | | | |
| To give false information to a staff member or teacher. | ✓ | | | | |

# DISCIPLINARY INFRACTIONS AND RESPONSES (ALPHABETICAL)

**KEY: USE LOWEST LEVEL INDICATED FIRST**

| **Level 1**: Classroom Support and School Support Team – may be appropriate when a student has no prior incidents, and interventions have not been put in place | **Level 2**: Appropriate Administration – may be appropriate when supports have been put in place in the classroom to address behavior but the behavior has continued to negatively impact the learning of the students and others. | Level 3: Short-Term Suspension – may be appropriate when interventions and supports have been put in place but the behavior is escalating (repeated offenses) | Level 4: Request for Long-Term Suspension/Expulsion – may be appropriate when student's behavior seriously affects the safety of others in the school |
|---|---|---|---|

| INAPPROPRIATE OR DISRUPTIVE BEHAVIOR | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | MAY BE REFERRED TO POLICE |
|---|---|---|---|---|---|
| Drug Offense: | | | | | |
| To possess, purchase, use, distribute, or sell paraphernalia on school grounds or at school sponsored-activities, of a schedule IV or V, a controlled substance as defined by Colorado law. See Appendix B. | | | ✓ | ✓ | ✓ |
| To possess, purchase, or use fewer than two ounces of marijuana, excluding the lawful use of Medical Marijuana, on school grounds or during school-sponsored events. | | | ✓ | | ✓ |
| To distribute or sale any schedule I, II, or III controlled substance on school grounds or at school-sponsored events. | | | | ✓ | ✓ |
| To possess, purchase, use marijuana in more than two ounces or sell marijuana on school grounds or during school-sponsored events. | | | | ✓ | ✓ |
| To possess, purchase, or use any amount of a schedule I, II or III controlled substance on school grounds or during school-sponsored events. | | | | ✓ | ✓ |
| Failure to Complete a Level I or Level II Discipline Assignment | | | | | |
| To fail to complete a disciplinary consequence assigned by a staff member for a Level I or Level II behavior violation. | | ✓ | | | |
| False Allegations Against Staff | | | | | |
| To make a false allegation of child abuse or misconduct against a district employee. | | | ✓ | | |
| Fighting | | | | | |
| To have physical contact between two or more students that do not result in serious injury or hospitalization. | | ✓ | ✓ | | |
| Gambling | | | | | |
| To participate in games or activities for the exchange of money or other valuables. | | ✓ | | | |

# DISCIPLINARY INFRACTIONS AND RESPONSES (ALPHABETICAL)

## KEY: USE LOWEST LEVEL INDICATED FIRST

| Level 1: Classroom Support and School Support Team – may be appropriate when a student has no prior incidents, and interventions have not been put in place | Level 2: Appropriate Administration – may be appropriate when supports have been put in place in the classroom to address behavior but the behavior has continued to negatively impact the learning of the students and others. | Level 3: Short-Term Suspension – may be appropriate when interventions and supports have been put in place but the behavior is escalating (repeated offenses) | Level 4: Request for Long-Term Suspension/Expulsion – may be appropriate when student's behavior seriously affects the safety of others in the school |
|---|---|---|---|

| INAPPROPRIATE OR DISRUPTIVE BEHAVIOR | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | MAY BE REFERRED TO POLICE |
|---|---|---|---|---|---|
| Inadvertent Possession of a standard weapon | | | | | |
| To inadvertently carry or possess a standard weapon on school grounds, school district property, or at school events. | | ✓ | | | |
| Inappropriate Dress | | | | | |
| To wear clothes that are unacceptable for school or school-sponsored events; violation of district dress code. | ✓ | | | | |
| Inappropriate Use of Language | | | | | |
| To use intimidating language, profanity, or gestures that are meant to harass or bully a staff member. | | ✓ | ✓ | | |
| Inappropriate Use of Personal Technology Device | | | | | |
| To inappropriate use a personal electronic device including but not limited to cell phones,MP3 players, or video games, that, regardless of means, is harmful to other students, staff and is detrimental or disruptive to the learning environment. | ✓ | ✓ | ✓ | ✓ | ✓ |
| Insubordination | | | | | |
| To refuse a reasonable request from a staff member. | ✓ | | | | |
| To be insubordinate (which constitutes willful disobedience or open and persistent defiance of proper authority). | | ✓ | | | |
| Menacing | | | | | |
| To make threats against another student that are malignant and hostile; threat with a weapon. | | | ✓ | ✓ | ✓ |
| Physical Mistreatment of Another Student | | | | | |
| To physically mistreatment another student, on school grounds or at school-sponsored events, that does not warrant fighting, bullying, Level III violent acts, or violent acts prohibited by law. | | ✓ | | | |
| To physically mistreatment another student, on school grounds or at school-sponsored events, that does not warrant assault, fighting, or other acts prohibited by law. | | | ✓ | | |

# DISCIPLINARY INFRACTIONS AND RESPONSES (ALPHABETICAL)

**KEY: USE LOWEST LEVEL INDICATED FIRST**

| Level 1: Classroom Support and School Support Team – may be appropriate when a student has no prior incidents, and interventions have not been put in place | Level 2: Appropriate Administration – may be appropriate when supports have been put in place in the classroom to address behavior but the behavior has continued to negatively impact the learning of the students and others. | Level 3: Short-Term Suspension – may be appropriate when interventions and supports have been put in place but the behavior is escalating (repeated offenses) | Level 4: Request for Long-Term Suspension/Expulsion – may be appropriate when student's behavior seriously affects the safety of others in the school |
|---|---|---|---|

| INAPPROPRIATE OR DISRUPTIVE BEHAVIOR | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | MAY BE REFERRED TO POLICE |
|---|---|---|---|---|---|
| **Pornography** | | | | | |
| To possess, reproduce, purchase, or transmit pornography, regardless of means. | | | ✓ | | |
| To possess, reproduce, purchase, or transmit child pornography, regardless of means. | | | | ✓ | ✓ |
| **Possession of Fireworks** | | | | | |
| To possess fireworks on school property or at school-sponsored events. | | ✓ | | | |
| **Possession of Staff Personal Information** | | | | | |
| To possess or access staff personal information from district resources, regardless of means. | | | | ✓ | |
| **Robbery** | | | | | |
| The commission of an act that would be robbery if committed by an adult. | | | | ✓ | ✓ |
| **School Bus Misconduct** | | | | | |
| To conduct inappropriately or unsafely While on district transportation. | | ✓ | | | |
| **Tardiness\*\*** | | | | | |
| To be late to class or school activities without permission. | ✓ | | | | |
| **Theft** | | | | | |
| To take the property of another without permission. | | ✓ | | | ✓ |
| **Tobacco** | | | | | |
| To unlawfully possess or use tobacco or nicotine delivery devices on school property or at school-sponsored events. | | ✓ | | | |
| **Truancy\*\*** | | | | | |
| To be absent from school for reasons that do not meet the statutory criteria for excused absences. See Appendix A. | | ✓ | | | |
| **Unauthorized Leaving Campus** | | | | | |
| To leave campus is a violation of Closed Campus Policy. | | ✓ | | | |

***\*\*Out of school suspension will not be used as a disciplinary measure for truancy, even when repeated***

## DISCIPLINARY INFRACTIONS AND RESPONSES (ALPHABETICAL)

### KEY: USE LOWEST LEVEL INDICATED FIRST

| Level 1: Classroom Support and School Support Team – may be appropriate when a student has no prior incidents, and interventions have not been put in place | Level 2: Appropriate Administration – may be appropriate when supports have been put in place in the classroom to address behavior but the behavior has continued to negatively impact the learning of the students and others. | Level 3: Short-Term Suspension – may be appropriate when interventions and supports have been put in place but the behavior is escalating (repeated offenses) | Level 4: Request for Long-Term Suspension/Expulsion – may be appropriate when student's behavior seriously affects the safety of others in the school |
|---|---|---|---|

| INAPPROPRIATE OR DISRUPTIVE BEHAVIOR | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | MAY BE REFERRED TO POLICE |
|---|---|---|---|---|---|
| Violation of the Acceptable Use Agreement | | | | | |
| To violate the Acceptable Use Agreement include behaviors not limited to the possession or loading of unauthorized software; theft or destruction of technology; altering workstation(s) configuration; or using a District computer to cause harm. | | ✔ | | | |
| To violate the Acceptable Use Agreement include behaviors not limited to the use of hacker/cracker utilities; possession of personal data without consent; installing audio, video, or music servers; or transmitting, accessing, or possessing inappropriate/harmful material. | | | ✔ | | |
| To violate the Acceptable Use Agreement include behaviors not limited to the deliberate disabling or circumventing the District networking device or system, the loading or execution of unauthorized software creating a denial of district network resources. | | | | ✔ | |
| Weapons Infraction | | | | | |
| To carry, bring or possess a standard weapon or a weapon facsimile on school grounds or at school-sponsored events. | | | ✔ | | |
| To carry, bring, possess, or use a standard or dangerous weapon or a weapon facsimile on school grounds or at school-sponsored events with the intent of causing harm or death to a student or staff member. | | | | ✔ | ✔ |

# STUDENT INTERROGATIONS AND SEARCHES

Policy JIH

The District seeks to maintain a climate in the schools, which is conducive to learning and protective of the safety and welfare of staff and students. To achieve this goal, it may be necessary for school personnel to search the person and/or the personal property of the student and to seize any property deemed injurious or detrimental to the safety and welfare of students and staff.

### Interviews By School Administrators
When a violation of District policy or school rules occurs, the Principal or designee may question potential student victims and witnesses without prior consent of the student's Parent/Guardian. If a school official is investigating a report of child abuse and the suspected perpetrator is a member of the student's family, no contact with the student's family will be made.

### Interrogations By School Administrators
In situations where a student is suspected of violating District policies or school rules, the Principal or designee may interrogate the suspected student if the school official has reasonable grounds to suspect that such a violation has occurred. The nature and extent of the questioning must be reasonably related to the objectives of the questioning. If the student denies any involvement or culpability, the student will have the opportunity to present his or her side of the story, orally or in writing.

### Searches Conducted By School Personnel
School personnel may search a student and/or the student's personal property while on school premises or during a school activity in accordance with this policy and may seize any illegal, unauthorized or contraband materials.

Whenever possible, the student shall be informed of the reason(s) for conducting the search and the student's permission to perform the search shall be requested. A student's failure to cooperate with school officials conducting a search shall be considered grounds for disciplinary action.

An administrative report shall be prepared by the school official conducting a search explaining the reasons for the search, the results and the names of any witnesses to the search.

### Search Of School Property
School lockers, desks and other storage areas are school property and remain at all times under the control of the school. All such lockers, desks and other storage areas, as well as their contents, are subject to inspection at any time, with or without notice.

Students shall assume full responsibility for the security of their lockers and/or other storage areas in the manner approved by the administration. Students shall be responsible for whatever is contained in desks and lockers assigned to them by the school, as well as for any loss or damage relating to the contents of such desks and lockers.

### Search Of The Student's Person Or Personal Effects
The Principal or designee may search the person of a student or a student's personal effects such as a purse, backpack, book bag, or briefcase on school property or at school-sponsored events or activities if the school official has reasonable grounds to suspect that the search will uncover:

      1. Evidence of a violation of Board and/or District policies, school rules, or Federal, State, or local laws.

      2. Anything, which because of its presence, presents an immediate danger of physical harm or illness to any person.

Search of the person shall be limited to the student's pockets, any object in the student's possession such as a purse, backpack, book bag, or briefcase, and/or a "pat down" of the exterior of the student's clothing.

The extent of the search of a student's person or personal effects, as well as the means to conduct the search, must be reasonably related to the objectives of the search and the nature of the suspected violation. Additionally, school officials conducting the search shall be respectful of privacy considerations, in light of the sex and age of the student.

Searches of the person shall be conducted out of the presence of other students and as privately as possible by a person of the same sex as the student being searched. At least one person of the same sex as the student being searched shall witness but not participate in the search.

Searches of a student's person and/or personal effects maybe conducted without the prior consent of the student's Parent/Guardian. However, the Parent/Guardian of any student searched shall be notified of the search as soon as reasonably possible.

Searches of the person, which require removal of clothing other than a coat or jacket, shall be referred to a law enforcement officer. School personnel shall not participate in such searches.

**Seizure Of Items**

Anything found in the course of a search conducted by school officials which is evidence of a violation of law or District policy or school rules or which by its presence presents an immediate danger of physical harm may be:

1. Seized and offered as evidence in any suspension or expulsion proceeding. Such material shall be kept in a secure place by the Principal until it is presented at the hearing.

2. Returned to the student or the Parent/Guardian.

3. Turned over to a law enforcement officer in accordance with this policy.

**Appeals**

Within 10 school days after a search, the student may appeal the search decision to the Superintendent who shall investigate the reason(s) and circumstances of the search. The Superintendent shall issue written findings within five school days after receiving the appeal. The Superintendent's decision shall constitute the final District determination.

**Law Enforcement Officers' Involvement**

**Interrogations And Interviews**

When law enforcement officials request permission to question students when students are in school or participating in school activities, the Principal or designee shall ascertain that the law enforcement officer has proper identification. Except when law enforcement officers have a warrant or other court order, or when an emergency or other exigent circumstances exist, such interrogations and interviews are discouraged during students' class time.

The Principal or designee shall be present during the law enforcement interrogation or interview unless a court order provides otherwise. It is the responsibility of the law enforcement officer interviewing student witnesses or interrogating student suspects to assure compliance with all applicable procedural safeguards.

Upon request by law enforcement to interview a student witness or interrogate a student suspect, school officials shall notify the student's Parent/Guardian, except in cases involving investigation of reported child abuse where the suspected perpetrator is a member of the student's family, when law enforcement has a court order directing that the student's Parent/Guardian not be notified, or when an emergency or other exigent circumstances exist.

If the student is under 18, the student's Parent/Guardian also shall be present during the law enforcement interrogation or interview unless:

1. The juvenile is emancipated as that term is defined in State law;

2. The student's Parent/Guardian has not been notified pursuant to this policy; or

3. The student's Parent/Guardian agrees to the interrogation or interview without being present.

**Search And Seizure**

The Principal or designee may request a search on school premises be conducted by a law enforcement officer. When law enforcement officers respond to such a request, no school employee shall assist or otherwise participate in the search. It is expected that searches by law enforcement will be conducted in accordance with the requirements of applicable law.

**Custody And/Or Arrest**

Students will be released to law enforcement officers if the student has been placed under arrest or if the student's Parent/Guardian and the student consent to such release. When a student is removed from school by law enforcement officers for any reason, school officials will make reasonable efforts to notify the student's Parent/Guardian.

It is expected that all procedural safeguards prescribed by law are followed by law enforcement officers conducting student arrests. However, District staffs are not responsible for an officer's legal compliance when arresting a student.

# DISCIPLINARY DUE PROCESS AND PROCEDURES

Policy JKD-JKE, JKD-JKE-R

Harrison School District 2 believes that no student shall be suspended, expelled, or otherwise disciplined without an appropriate level of due process.

**General Considerations:**

· If a student is suspended, the Principal (or designee) shall immediately take reasonable steps to notify the parent/guardian of the student that the student has been suspended and of the grounds for the suspension, the period of the suspension, and the time and place for the parent/guardian to meet with the Principal (or designee) to review the suspension.

· Any student under suspension or expulsion will not be allowed in or on school property during the period of suspension or expulsion unless approved by the Principal or designee, or when appropriate, the District designee.

· By Colorado law, a suspended student will be provided an opportunity to complete school work covering the period of suspension to facilitate reintegration into the educational program following suspension. Make-up work assignments shall be provided for all classes missed during the period of suspension.

· As an alternative to suspension for any Level II infraction, the Principal (or designee) may permit the student to remain in class with the consent of his/her teachers, if his/her parent/guardian attends class with the student for a period specified by the Principal or designee.

# DUE PROCESS PROCEDURE FOR DISCIPLINARY ACTION AND SUSPENSION

Policy JKD-JKE, JKD-JKE-R

**Informal Hearing**
The student shall be offered an opportunity to explain his or her position regarding the incident constituting grounds for discipline.

**Notice to Contemplated Action**
At the time of contemplated action, the teacher, principal, or designee shall give notice, either orally or in writing, to the student or the student's parent or guardian.

**Notice Following Suspension**

· If a student is disciplined for a Level I or Level II violation, the teacher, principal, or designee shall notify the student and the parent/guardian.
· If a student is suspended, the principal or designee shall immediately notify the student and the parent/guardian. The notice will be in writing and will contain the grounds for suspension, the duration of the suspension and a time and place for parent/guardian and student to meet with school officials for reentry.

# DISCIPLINARY DUE PROCESS PROCEDURES
# FOR LEVEL III AND IV BEHAVIOR INCIDENTS

Policy JKD-JKE, JKD-JKE-R

Procedure for Level III and Level IV Disciplinary Infractions:

If a student is suspended for a Level III or IV disciplinary infraction, the student may be referred to the Superintendent (or his/her designee) for further disciplinary action. The following procedures shall be followed for all Level IV disciplinary infractions and for any Level III disciplinary infraction for which expulsion is a possible disciplinary action:

Notice

Not less than ten days before the date of contemplated action, the Superintendent's designee (the "hearing officer") shall send written notice of a due process hearing to be delivered to the student and the student's parent/guardian.

Contents of Notice

- A statement that the hearing officer will conduct a hearing on whether further disciplinary action, including expulsion, should be taken.
- The statutory grounds for suspension or expulsion, including a summary of what the student is accused of doing.
- A statement of the date, time, and place of the hearing.
- A statement that the student may be present at the hearing and hear all evidence against him/her, and that the student may be accompanied and represented by his/her parent/guardian or an attorney or both.
- A statement that (a) the student fails to appear personally, but is represented by his/her parent/guardian or attorney, the student waives further rights to participate personally in the matter; (b) the student appears, but his/her parent/guardian or attorney fails to appear personally, the parent/guardian or attorney waives further rights to participate personally in the matter; and (c) the student's failure to appear either personally or through his/her parent/guardian or attorney at a scheduled hearing shall constitute a waiver of further rights of the student and his/her parent/guardian and attorney to a hearing in the matter.
- A statement that, regardless of who may or may not appear on the student's behalf at a scheduled hearing, the hearing officer may conduct a hearing and take action based on all information that is made available to the hearing officer, which action may include expulsion of the student or other disciplinary action in accordance with the conduct and discipline code.

Purpose of Hearing

The purpose of a due process hearing shall be for the hearing officer to determine, based on a preponderance of the evidence, whether t h e further disciplinary action is permissible and if such action is permissible, to make a recommendation to the Superintendent regarding the appropriate disciplinary action.

Conduct of Hearing

The hearing officer shall be conducted a hearing according to the procedures established on board regulation JKD-JKE-R.

Written Findings of Fact and Recommendation

At the conclusion of the hearing, or within such greater time as the hearing officer may determine is reasonable and necessary under the circumstances, the hearing officer shall prepare his/her written findings of fact and recommendations. The hearing officer shall inform the student, and the student's parent/guardian and attorney of his/her findings of fact and recommendation and shall explain the review and appeal process.

<u>Superintendent's Decision</u>

The hearing officer will make specific factual findings and submit those findings and a recommendation regarding expulsion to the superintendent. The superintendent will review the hearing officer's factual findings and recommendation and issue a written decision within five days of the hearing.

<u>Appeal to the Board</u>

A student may appeal the decision of the Superintendent to the Board of Education. To appeal the decision of the Superintendent, the student shall submit to the Board, in writing, a statement of the reason(s) for the appeal within ten school days from the date the Superintendent renders his/her decision.   Failure to request an appeal within  ten days will result in a waiver of the right to appeal and the superintendent's decision will become final.

If an appeal is properly requested, the Board will review the record concerning the expulsion or denial of admission. The record includes notices and other documents concerning the challenged action, the record of the proceedings, the hearing exhibits, the findings and recommendation of the hearing officer, the hearing officer's written decision, and other documents concerning the challenged action. The student may be represented by counsel at the appeal. Representatives of the district and the parents may make brief statements to the Board, but no new evidence may be presented unless such evidence was not reasonably discoverable at the time of the hearing. Members of the Board may ask questions for purposes of clarification of the record.

The Board will make the final determination regarding the expulsion of or denial of admission to the student and will inform the student and his parent/guardian of the right to judicial review.

# HABITUALLY DISRUPTIVE STUDENTS

## Policy JK, JK-R

"Material and substantial disruption" means any Level III, or Level IV disciplinary infraction. Any such infraction will be presumed to be initiated, willful, and evident on the part of the student. Any student who is suspended for causing material or substantial disruption in the classroom, on school grounds, in school vehicles, or at school activities or events shall be required to participate in an individual student success plan for "material and substantial disruption." "Habitually disruptive student" is defined in  state law  as  a student who has been suspended three times during the school year for causing a "material and substantial disruption." "A Student Success Plan for 'material and substantial disruption' " means a written plan, which addresses the child's disruptive behavior, his or her educational needs, and the goal of keeping the child in school.

# DISCIPLINING OF STUDENTS WITH DISABILITIES

## Policy JK2

The Board of Education has adopted the District's Student Code of Conduct, Discipline, and Attendance for, among other things, creating and maintaining safe schools and effective learning environments. As a general rule, the Code applies to all students, and students with disabilities may be disciplined in the same manner and for the same amount of time as typical students,   where such discipline does not include removal from school. However, where a school or the District proposes disciplining a student with disabilities by removing the student from school, such removal may occur only as provided  for by the Individuals with Disabilities Education Act ("IDEA"), the Exceptional Children's Educational Act ("ECEA") of Colorado, and/or Section 504 of the Rehabilitation Act of 1973 ("Section 504"), as appropriate.

The Board, therefore, directs the administration to adopt procedures for the proper disciplinary removal of students with disabilities and directs that such procedures be consistent with the IDEA, ECEA, and Section 504, respectively, and the Code. Procedures for students with disabilities who qualify under the IDEA and ECEA shall be developed and maintained by the Special Education Department. Procedures for students with disabilities who qualify only under Section 504 shall be developed and maintained by the Office of Equal Opportunity Programs. Such procedures shall be distributed to appropriate personnel and each school in the District and shall be made available to parent/guardian, upon request.

# ANNUAL NOTIFICATION OF FERPA RIGHTS

Policy: JRA/JRC

The Family Educational Rights and Privacy Act ("FERPA") and Colorado law afford parents, guardians ("parents") and students over 18
years of age ("eligible students") certain rights concerning the student's education records, as follows:

1.  The right to inspect and review the student's education records within 45 days of the district receiving a request for access. A parent or eligible student making such a request must submit to the school principal [or appropriate school official] a written request that identifies their record(s) they wish to inspect. The principal will make arrangements for access and notify the parent or eligible student of the time and place where the records may be inspected.

2.  The right to request the amendment of the student's education records that the parent or eligible student believes are inaccurate or misleading.

    a.  A parent or eligible student may ask the district to amend a record they believe is inaccurate or misleading by writing to the school principal [or appropriate school official] identifying the part of the record they want to be changed and specifying why it is inaccurate or misleading.
    b.  If the district decides not to amend the record as requested by the parent or eligible student, the district will notify the parent or eligible student of the decision and advise them of their right to a hearing regarding the request for amendment. Additional information regarding the hearing procedures will be provided to the parent or eligible student when notified of the right to a hearing.

3.  The right to consent to disclosures of personally identifiable information contained in the student's education records, except to the extent that FERPA authorizes disclosure without consent. Disclosure of personally identifiable information can be made without consent to the following:

    a.  School officials with a legitimate need to review an education record to fulfill their professional responsibilities. A school official is a person employed by the district as an administrator, supervisor, instructor, or support staff member (including health or medical staff and law enforcement unit personnel); a person serving on the Board of Education; a person or company with whom the district has contracted to perform a special task (such as an attorney, auditor, medical consultant or therapist); or a parent or student serving on an official committee, such as a disciplinary or grievance committee, or assisting another school official in performing his or her tasks.
    b.  Officials of another school district in which the student seeks or intends to enroll. The district will forward records upon such a request but will attempt to notify the parents and students of the request.

4.  The right to file a complaint with the U.S. Department of Education concerning alleged failures by the district to comply with the requirements of FERPA. The name and address of the office that administers FERPA is: Family Policy Compliance Office, U.S. Department of Education, 400 Maryland Avenue, SW, Washington, DC 20202-4605

5.  The right to refuse to permit the designation of any or all of the categories of directory information.

a.  The district may disclose certain information, known as directory information, at its discretion without the consent of the parent or eligible student. In compliance with federal law, student information will be provided to  military recruiters. The parent or eligible student has the right to refuse to let the district release any or all of this information. If you do not want this information released, you must send written notice annually to your student's school office.

b.  Directory information which may be released may include the student's name, address, telephone number, date and place of birth, major field of study, participation in officially recognized activities and sports, weight and height of members of athletic  teams, dates  of attendance, degrees  and awards received, the most recent previous  educational  agency  or institution attended by the student, and other similar information.

**Educational Alternatives for Expelled Students**

Parents/guardians shall be notified in writing at the beginning of each school year of their right to request services from the district if their child is expelled. Also, written notification shall be provided to the parent/guardian at the time of any expulsion. All requests for services for expelled students must be made in writing to the principal (or to the principal's designee) by the student or the student's parent/guardian within ten school days of the expulsion.

**Video Cameras on Transportation Vehicles**

Video cameras may be used on school vehicles transporting students to and from school or extracurricular activities.

**Viewing Requests**

•  Requests for viewing video recordings will be limited to the appropriate bus driver, transportation supervisor, school administrator, parent/guardian or eligible student (18 years of age or older), or others as deemed appropriate by the principal.
•  Requests for viewing may be made to the principal within five school days of the date of recording.
•  Requests for viewing will be limited to those parents/guardians, students and district officials with a direct interest in the proceedings as deemed appropriate by the principal.
•  Only the portion of the video recording concerning a specific incident will be made available for viewing.
•  Approval/denial for viewing will be made within five school days of receipt of the request and so communicated to the requesting individual.
•  Video recordings will be made available for viewing within three school days of the request approval.

**Viewing**

Actual viewing will be permitted only at school-related sites including the transportation office, school buildings, or central administrative offices. Requests for viewing video recordings will be limited to the appropriate bus driver, transportation supervisor, district administrators, parent/guardian or eligible student (18 years of age or older), or others as deemed appropriate by the principal. All viewing will include the transportation supervisor and building principal or other district administrator.   Video recordings will remain the property of the district and may be reproduced only by law including applicable board policy and regulations.

**Notification of Registered Sex Offenders**

Under CRS 22-1-124 public schools shall provide to parents of children attending school a statement identifying where and the procedures by which the parent can obtain information concerning registered sex offenders. This information can be obtained from any local police or sheriff's station. The Colorado Springs Police Department phone number is 444-7521. The El Paso County Sheriff's Department phone number is 520-7100.

**APPENDIX A**

**C.R.S 22-33-104(2) Defines the following as excusable absences:**

(a) Is temporarily ill or injured

(b) Has an absence approved by a school administrator

(c) Is enrolled in an independent or parochial school

(d) Is absent for an extended period due to a mental, physical, or emotional disability

(e) Has been removed from school for a disciplinary action

(f) Is in the custody of law enforcement

(g) Is pursuing a school-sponsored work-study program under the appropriate supervision

**APPENDIX B**

The Drug Enforcement Administration cites 21 U.S.C. §802(32)(A) for the definition of a controlled substance analog and 21 U.S.C. §813 for the schedule.

**Schedule I**

heroin, lysergic acid diethylamide (LSD), marijuana (cannabis), 3,4-methylenedioxymethamphetamine (ecstasy), methaqualone, and peyote

**Schedule II**

Combination products with less than 15 milligrams of hydrocodone per dosage unit (Vicodin), cocaine, methamphetamine, methadone, hydromorphone (Dilaudid), meperidine (Demerol), oxycodone (OxyContin), fentanyl, Dexedrine, Adderall, and Ritalin

**Schedule III**

Products containing less than 90 milligrams of codeine per dosage unit (Tylenol with codeine), ketamine, anabolic steroids, testosterone

**Schedule IV**

Xanax, Soma, Darvon, Darvocet, Valium, Ativan, Talwin, Ambien, Tramadol

**Schedule V**

cough preparations with less than 200 milligrams of codeine or per 100 milliliters (Robitussin AC), Lomotil, Motofen, Lyrica, Parepectolin

# ACKNOWLEDGMENT OF RECEIPT: CODE OF CONDUCT
# HARRISON SCHOOL DISTRICT TWO

Please sign <u>one form for each student</u> in Harrison School District Two and return it to each student's school.

(Note: Failure to sign and return the form to the school does not relieve the student from the responsibility of conforming to our Code of Conduct.)

I have received a paper copy and/or access to the electronic version of Harrison School District Two's Code of Conduct 2021-2022.

---

Student's name (please print)                         Student's school

---

Name of Parent or Guardian          Signature of Parent or Guardian      Date

31

# ACCEPTABLE USE AGREEMENT FOR STUDENTS Technology

Policy JS, JS-E, JS-R

**Terms and conditions**

All computers having Internet access must be used in a responsible, efficient, ethical and legal manner. Failure to adhere to this agreement will result in revocation of access privileges.

1.  <u>Proper and Acceptable Use of All Technology Resources</u>: All district technology resources, including but not limited to district computers, the computer network, and the Internet, must be used in a manner consistent with the educational mission and objectives of the Harrison School District. Activities that are permitted and encouraged include:

- School work
- District committee work
- Original creation and presentation of academic work
- Research on topics being studied in school
- Research for opportunities outside of school related to community service, employment, or further education
- Publishing of student work online
- Engaging in distance learning experiences
- Completing online testing required for some courses (e.g., AP and language tests)
- Engaging in online collaborative projects using blogs, wikis, or other collaborative tools
- Engaging in electronic discussions with experts outside the classroom
- Sharing or exchanging school-related files with students in or outside the classroom
- Storing student work on school servers in designated places
- Storing files in "sites" on students' hsdtwo.org Google Apps accounts
- Storing work as directed by teachers on the District Moodle server
- Completing online/Internet-based college or financial aid applications using district technology resources
- Downloading educational videos, podcasts, simulations, or content, copyright restrictions permitting
- Using an hsd2.org mail account for school-related correspondence

Activities that are not permitted when using district or personal technologies include but are not limited to:

- The use of encryption technology to encrypt files on the district file servers
- The use or attempted use of Internet proxy servers for any purpose other than approved Internet activities on district computers
- Possessing key packet capturing technologies
- Logging in or attempting to log in as another user, with or without their consent or knowledge
- Using a computer that is already logged in with someone else's credentials
- Computer vandalism, either physical or virtual
- Storing music collections on district file servers
- Loading any software or storing executables on district computers
- Attaching a wireless access point to the network or configuring a laptop computer to act as the same
- Configuring any district computer to join an Internet bit torrent or another like system
- Enabling remote access to any district computer system
- Attempting to defeat district filtering software in any way
- Executing programs from removable media without prior approval by an authorized adult
- Violating copyright by illegally downloading material or using copyright protected material without permission
- Any other activity that is not consistent with the educational mission and objectives of the Harrison School District

2.  <u>Privilege</u>: The use of the Internet is a privilege, not a right, and inappropriate use will result in a cancellation of those privileges. The system administrator(s) will deem what is inappropriate use, and that decision is final. The system administrator(s) may close an account at any time, as required. The administration, faculty, and staff may request the system administrator to deny, revoke or suspend specific user accounts.

3.  <u>No warranty</u>: Harrison School District Two makes no warranties of any kind, whether expressed or implied, for the service it is providing. Harrison School District Two will not be responsible for any damages you suffer from using the Internet. This includes loss of data resulting from delays, non-deliveries, miss-deliveries or service interruptions. Use of any information obtained via the Internet is at your own risk. Harrison School District Two specifically denies any responsibility for the accuracy or quality of information obtained through this service.

4.  <u>Security</u>: Security on any computer system is a high priority, especially when the system involves many users. If you feel you can identify a security problem on the Internet, you must notify a system administrator. Do not demonstrate the problem to other users. Do not use another individual's account without written permission from that individual. Attempts to log on to the Internet as a system administrator will result in cancellation of user privileges. Any user identified as a security risk, or as having a history of problems with other computer systems, may be denied access to the Internet.

5.  <u>Vandalism</u>: Vandalism will result in cancellation of privileges. Vandalism is defined as any malicious attempt to harm or destroy data of another user, the Internet, or any agencies or other networks that are connected to the Internet. This includes, but is not limited to, the uploading or creation of computer viruses.

6.  <u>Limited Forum</u>: The Harrison School District Two computer network is considered a limited forum; therefore, Harrison School District Two may restrict speech for valid educational reasons. Uses which might be acceptable on a user's private personal account on another system may not be acceptable on this limited-purpose network.

7.  <u>Bullying:</u> District policy JICDE Bullying Prevention and Education applies to the use of school computers and may apply in some cases to use of computers and the Internet off campus.

8.  <u>Privacy:</u> Students should not expect any privacy in the contents of personal files on the district computer network. Administrators and faculty may review files and messages to maintain system integrity and ensure that users are acting responsibly.
I understand and will abide by the above Agreement. I further understand that a violation of the regulations above is unethical and may constitute a criminal offense. Should I commit any violation, my access privileges may be revoked, school disciplinary action and appropriate legal action may be taken.

***Your signature on the Responsible Use Agreement is legally binding and indicates that the party (parties) who signed has (have) read the terms and conditions carefully and understand(s) their significance.***

**<u>Parent or Guardian</u>**
***If the user is under 18 years of age, a parent or guardian also must sign this Agreement.***


Parent Responsibility - Notification of Student Internet Use

Outside of school, parents bear responsibility for the same guidance of Internet use as they exercise with information sources such as television, telephones, radio, movies, and other possibly offensive media. Parents are responsible for monitoring their student's use of the school district system and the Internet if the student is accessing the school district system from home or another remote location.

*As the parent or guardian of this student, I have read the Responsible Use Agreement. I understand that this access is designed for educational purposes and that Harrison School District Two has taken precautions to eliminate controversial material. I also recognize, however, that it is impossible for Harrison School District Two to restrict access to all controversial materials and I will not hold the District responsible for materials acquired on the network. Further, I accept full responsibility for supervision if and when my child's use is not in a school setting.*

Please sign one form for each student in Harrison School District Two and return it to each student's school.

(Note: Failure to sign and return the form to the school does not relieve the student from the responsibility of conforming to our Code of Conduct.)

_____

Student's name (please print)                    Student's school


_____

Name of Parent or Guardian               Signature of Parent or Guardian          Date