# EXHIBIT 4

**From:** Jeff Yocum
**Sent:** Wednesday, August 23, 2023 3:54 PM
**To:** edenhoperodriguez@gmail.com
**Cc:** Bethany Danjuma <bethany.danjuma@thevanguardschool.com>; Chris Krueger <chris.krueger@TheVanguardSchool.com>
**Subject:** FW: Dress Code

Ms. Rodriguez,

As discussed, I addressed your concerns with the school's attorney.  I also consulted with our District.  All are in agreement that Jaiden must remove certain patches from his backpack that are considered unacceptable under HSD2's Dress Code policy.  Accordingly, only the following patches can remain:

- The American flag
- The wolf
- Bear Arms N' Bitcoin 2020
- ATF
- The Wall

All other patches contain symbols or images that can be deemed disruptive or potentially disruptive to the classroom environment and will need to be removed no later than tomorrow before the start of school.  If Jaiden arrives at school tomorrow with the unacceptable patches still on his backpack, he will be required to report to the front office until the patches are removed.  I know you disagree with this decision, but please understand HSD2's Dress Code policy exists for the maintenance of a safe and orderly school, and we are required to enforce it consistently.  We appreciate your support.

Sincerely,


Jeff Yocum

Director of Operations

719-471-1999 x 252

www.TheVanguardSchool.com