# EXHIBIT 5

**From:** Renee Henslee <renee.henslee@TheVanguardSchool.com>
**Sent:** Friday, August 25, 2023 4:39 PM
**To:** edenhoperodriguez@gmail.com
**Cc:** Jeff Yocum <jeff.yocum@TheVanguardSchool.com>; Bethany Danjuma <bethany.danjuma@TheVanguardSchool.com>; Chris Krueger <Chris.Krueger@TheVanguardSchool.com>
**Subject:** Re: Fw: Dress Code

Ms. Rodriguez,

Please refer to the list below provided by Mr. Yocum in consultation with the school's attorney and the District.  The bottom left and right patches are not allowed.  The wolf and the bitcoin are allowed.

Thank you,

Renee Henslee

Executive Director

719-471-1999 x 210

www.TheVanguardSchool.com



CONFIDENTIALITY NOTICE:  Privileged and/or confidential information may be contained in this message. If you are not the intended recipient of this electronic message, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of this document is strictly prohibited.  If you receive this information in error, please notify the sender immediately and arrange for the destruction of this document.

---

**From:** Eden Hope <edenhoperodriguez@gmail.com>
**Sent:** Friday, August 25, 2023 3:59 PM
**To:** Renee Henslee <renee.henslee@TheVanguardSchool.com>
**Subject:** Re: Fw: Dress Code

You don't often get email from edenhoperodriguez@gmail.com. Learn why this is important

Which of these patches are unnaceptable? I sent him like this to school, can you specify which patches you find not acceptable?



On Fri, Aug 25, 2023 at 3:51 PM Renee Henslee <renee.henslee@thevanguardschool.com> wrote:

Ms. Rodriguez,

I am following up on the email below from Mr. Yocum. At the end of the day today, we noticed that Jaiden had two patches on his backpack that are not acceptable under HSD2's Dress Code Policy. Please ensure these patches are removed before Jaiden returns to school on Monday. If he returns to school with any unacceptable patches, he will be sent to the front office until they are removed.

I greatly appreciate your cooperation in this matter.

Thank you,

Renee Henslee

Renee Henslee

Executive Director

719-471-1999 x 210

**www.TheVanguardSchool.com**



CONFIDENTIALITY NOTICE: Privileged and/or confidential information may be contained in this message. If you are not the intended recipient of this electronic message, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of this document is strictly prohibited. If you receive this information in error, please notify the sender immediately and arrange for the destruction of this document.