# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| J.R., a minor by and through his mother and general guardian Eden Hope Rodriguez,<br><br>    Plaintiff,<br><br>    v.<br><br>HARRISON SCHOOL DISTRICT TWO; WENDY BIRHANZEL, Superintendent, Harrison School District Two, in her official and personal capacities; MIKE CLAUDIO, Assistant Superintendent of Personnel Support Services, Harrison School District Two, in his official and personal capacities; CHEYENNE MOUNTAIN CHARTER ACADEMY d/b/a THE VANGUARD SCHOOL; RENEE HENSLEE, Executive Director, The Vanguard School, in her official and personal capacities; JEFF YOCUM, Director of Operations, The Vanguard School, in his official and personal capacities; and BETH DANJUMA, Assistant Principal, The Vanguard School, in her official and personal capacities,<br><br>    Defendants. | No. 1:23-CV-2769 |

# EXHIBIT 6

# FILED CONVENTIONALLY ON SEPARATE CD