# EXHIBIT 8

From: **Eden Hope** <edenhoperodriguez@gmail.com>
Date: Mon, Aug 28, 2023 at 7:12 PM
Subject: Re: Dress Code
To: Jeff Yocum <jeff.yocum@thevanguardschool.com>

Respectfully,

Everything can be considered racist and tied to white supremacy. It's sad because when everything becomes racist then nothing is. And that's a problem for people of color like me. When we actually need to cry racism and oppression and it's actually happening no one will take it seriously. I think making everything racist is racist lol. I'll type in random things I see from the school and type in racist? Into the google search bar and let's see what I can come up with.

Air…. Racist?

https://www.independent.co.uk/climate-change/news/air-pollution-racism-b1839792.html

Math

https://www.theatlantic.com/education/archive/2017/04/racist-math-education/524199/

https://www.scientificamerican.com/article/modern-mathematics-confronts-its-white-patriarchal-past/?amp=true

  Definitely racist, as a person of color I agree. Totally racist.


Roads

https://www.msnbc.com/msnbc/amp/shows/reidout/blog/rcna47912

https://www.npr.org/2022/06/30/1108852884/pete-buttigieg-launches-1b-pilot-to-build-racial-equity-in-americas-roads

 I hate traffic. Roads are definitely racist

Church

https://www.npr.org/2020/07/01/883115867/white-supremacist-ideas-have-historical-roots-in-u-s-christianity

https://time.com/5929478/christianity-white-supremacy/

Food


https://amp.theguardian.com/environment/2021/may/25/karen-washington-garden-of-happiness-us-food-system

https://www.ers.usda.gov/amber-waves/2022/april/racial-and-ethnic-diversification-will-likely-shape-u-s-food-demand-and-diet-quality/

 Water

https://www.npr.org/2023/07/10/1186827238/some-say-the-century-old-water-rights-system-in-the-west-is-unfair-and-racist

https://www.pbs.org/newshour/amp/nation/decades-of-systemic-racism-seen-as-root-of-jackson-mississippi-water-crisis

The American flag

https://time.com/5675803/america-flag-threat/

https://www.inquirer.com/news/inq2/more-perfect-union-philadelphia-american-flag-meaning-20220406.html

https://www.psychologytoday.com/us/blog/psychology-yesterday/202007/is-the-american-flag-symbol-racism?amp

Wow the American flag group is used by hate groups.  Gotta get rid of that on campus too. What a doozie.

We will see you tomorrow.