# Exhibit 9

### Partial List of News Articles Covering Defendants' Conduct

- Colorado Springs 12-year-old did not back down from wearing symbolic 'Don't Tread on Me' patch to school: https://www.koaa.com/news/covering-colorado/colorado-springs-mom-says-son-kicked-out-of-class-over-gadsden-flag-patch

- 12-Year-Old Boy Removed From School Over 'Don't Tread on Me' Patch: https://reason.com/2023/08/29/jaiden-colorado-gadsden-flag-dont-tread-on-me-school/

- Mom of student kicked out of class for 'Don't tread on me' patch says it violated his First Amendment rights: https://www.msn.com/en-us/news/us/mom-of-student-kicked-out-of-class-for-don-t-tread-on-me-patch-says-it-violated-his-first-amendment-rights/ar-AA1fZvN7

- 12-year-old kicked out of class for 'don't tread on me' patch teacher says is associated with slavery: https://www.unilad.com/news/us-news/jaiden-rodriguez-slavery-flag-vanguard-school-colorado-832157-20230830

- Colorado School's Gadsden Flag Ban Overturned After Student Goes Viral: https://www.newsweek.com/colorado-schools-gadsden-flag-ban-overturned-after-student-goes-viral-1823325

- Gov. Jared Polis defends Gadsden flag after student reportedly removed from Colorado Springs class: https://www.cpr.org/2023/08/29/gadsden-flag-vanguard-school-colorado-springspolis/

- After going viral, Colorado Springs school says student can display Gadsden flag: https://gazette.com/news/education/after-going-viral-colorado-springs-school-says-student-can-display-gadsden-flag/article_a66f892f-002b-5327-b733-79cf0fe1f810.html

- The Vanguard School: Student Removed From Class for Displaying Gadsden Flag and Pro-Gun Rights Patches on Backpack: https://www.thefire.org/cases/vanguard-school-student-removed-class-displaying-gadsden-flag-and-pro-gun-rights-patches

- Vanguard student told to remove patches from backpack before returning to class: https://www.fox21news.com/news/local/vanguard-student-told-to-remove-patches-from-backpack-before-returning-to-class/

- School's Gadsden Flag Ban Overturned After Student's Video Goes Viral: https://thenewamerican.com/us/schools-gadsden-flag-ban-overturned-after-students-video-goes-viral/

- Gadsden Flag Vindicated: Colorado School Reverses Course After Kicking Student Out for Patriotic Backpack: https://www.dailysignal.com/2023/08/30/gadsden-flag-vindicated-colorado-school-reverses-course-kicking-student-patriotic-backpack/

- 'I got some dirty looks': Colorado middle-schooler claims teachers 'not happy' with his victory over Gadsden Flag: https://www.hindustantimes.com/world-news/i-got-some-dirty-looks-colorado-middle-schooler-claims-teachers-not-happy-with-his-victory-over-gadsden-flag-101693453543673.html

- After going viral, school says student can display Gadsen flag: https://daily.gazette.com/article/281509345752147