# EXHIBIT 10



August 29, 2023

Dear Vanguard Families,

Last week, a student came to school with patches affixed to his backpack, with a half dozen patches depicting guns/weapons and one referencing alcohol. Upon review by the district, they pointed out that in addition to these patches the "Don't Tread On Me" flag patch, also known as the Gadsden flag, needed to be removed in accordance with Harrison School District 2's policy. Vanguard administration consulted with District administrators, who directed the school to inform the student's parents that the patch was not allowed at District schools. Vanguard administrators did so.

Yesterday the student returned with the patch still visible on his backpack. Following the District's direction, Vanguard administrators pulled the student aside so that they could speak with his parents and the District.

Upon learning of these events today, The Vanguard School Board of Directors called an emergency meeting. From Vanguard's founding we have proudly supported our Constitution, the Bill of Rights, and the ordered liberty that all Americans have enjoyed for almost 250 years. The Vanguard School recognizes the historical significance of the Gadsden flag and its place in history. This incident is an occasion for us to reaffirm our deep commitment to a classical education in support of these American principles.

At this time, the Vanguard School Board and the District have informed the student's family that he may attend school with the Gadsden flag patch visible on his backpack.

Sincerely,

The Vanguard School Board of Directors
Matt Hughes
Rene' Chatham
Tracy Coons
Eric Koppisch
Kurt Peters

*The mission of The Vanguard School is to help guide students in development of their character and academic potential through academically rigorous, content-rich educational programs.*

The Vanguard School | 1605 S. Corona Avenue, Colorado Springs, CO 80905

Unsubscribe communications@thevanguardschool.com

Update Profile | Constant Contact Data Notice

Sent by communications@thevanguardschool.com powered by



Try email marketing for free today!