# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| EDEN HOPE RODRIGUEZ as mother and general guardian of minor child other J.R., <br><br> Plaintiff, <br><br> v. <br><br> HARRISON SCHOOL DISTRICT TWO, WENDY BIRHANZEL, Superintendent, Harrison School District Two, in her official and personal capacities; MIKE CLAUDIO, Assistant Superintendent of Personnel Support Services, Harrison School District Two, in his official and personal capacities; CHEYENNE MOUNTAIN CHARTER ACADEMY d/b/a THE VANGUARD SCHOOL; RENEE HENSLEE, Executive Director, The Vanguard School, in her official and personal capacities; JEFF YOCUM, Director of Operations, The Vanguard School, in his official and personal capacities; and BETH DANJUMA, Assistant Principal, The Vanguard School, in her official and personal capacities, <br><br> Defendants. | Civil Action No.: 1:23-cv-2769-MDB <br><br><br> **NOTICE OF ENTRY OF APPEARANCE OF WILLIAM E. TRACHMAN** |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

Pursuant to LAttyR 5(a), William E. Trachman hereby enters his appearance in this action as counsel for Plaintiff Eden Hope Rodriguez as mother and general guardian of minor child other J.R. The Clerk is respectfully requested to add Mr. Trachman's name to the list of attorneys of record. Mr. Trachman is registered for ECF and will receive copies of filings, notices, and orders electronically.

DATED this 27th day of October 2023.

                                            Respectfully submitted,

*/s/ William E. Trachman*
William E. Trachman, CO Bar #45684
James Kerwin, CO Bar #57545
MOUNTAIN STATES LEGAL FOUNDATION
2596 S. Lewis Way
Lakewood, Colorado 80227
Tele: (303) 292-2021
Fax: (877) 349-7074
wtrachman@mslegal.org
jkerwin@mslegal.org

John C. Eastman, CA Bar #193726
Anthony T. Caso, CA Bar #088561
CONSTITUTIONAL COUNSEL GROUP
1628 N Main St #289
Salinas, CA 93906
Tele: (909) 257-3869
Fax: (714) 844-4817
jeastman@ccg1776.com
atcaso@ccg1776.com

*Attorneys for Plaintiff*