**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-2769-MDB

J.R. a minor, by and through his mother and general guardian Eden Hope Rodriguez

    Plaintiff,

v.

HARRISON SCHOOL DISTRICT TWO,
WENDY BIRHANZEL, Superintendent, Harrison School District Two in her individual and official capacity,
MIKE CLAUDIO, Assistant Superintendent of Personnel Support Services, Harrison School District Two in her individual and official capacity,
CHEYENNE MOUNTAIN CHARTER ACADEMY d/b/a THE VANGUARD SCHOOL
RENEE HENSLEE, Executive Director, The Vanguard School, in her official and personal capacities,
JEFF YOCUM, Director of Operations, The Vanguard School, in his official and personal capacities;
BETH DANJUMA, Assistant Principal, The Vanguard School, in her official and personal capacities

    Defendants.
_____

**NOTICE OF ENTRY OF APPEARANCE**
_____

    Scott A. Neckers of Overturf McGath & Hull, P.C. hereby enters his appearance as counsel of record on behalf of Defendants Cheyenne Mountain Charter Academy d/b/a The Vanguard School, Renee Henslee, Jeff Yocum and Beth Danjuma.

DATED this 6th day of November 2023.

        Respectfully submitted,

        **OVERTURF McGATH**
        **& HULL, P.C.**

By  *s/ Scott A. Neckers*
        Scott A. Neckers
        Overturf McGath & Hull, P.C.
        625 East Sixteenth Avenue, Suite 100
        Denver, Colorado 80203
        Tel: (303)860-2848
        Fax: (303) 860-2869
        san@omhlaw.com
        *Attorneys for Defendants Cheyenne Mountain Charter Academy d/b/a The Vanguard School, Renee Henslee, Jeff Yocum and Beth Danjuma*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 6, 2023, I electronically filed the foregoing **NOTICE OF ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system with service as follows:

James Kerwin
William E. Trachman
Mountain States Legal Foundation
2596 S. Lewis Way
Lakewood, Colorado 80227
Tele: (303) 292-2021
Fax: (877) 349-7074
jkerwin@mslegal.org
wtrachman@mslegal.org
*Attorneys for Plaintiff*

John C. Eastman
Anthony T. Caso
Constitutional Counsel Group
1628 N Main St #289
Salinas, CA 93906
Tele: (909) 257-3869
Fax: (714) 844-4817
jeastman@ccg1776.com
*Attorneys for Plaintiff*

*s/Jessica Pringle*