# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-2769-RMR-MDB

J.R. a minor, by and through his mother and general guardian Eden Hope Rodriguez

    Plaintiff,

v.

HARRISON SCHOOL DISTRICT TWO,
WENDY BIRHANZEL, Superintendent, Harrison School District Two in her individual and official capacity,
MIKE CLAUDIO, Assistant Superintendent of Personnel Support Services, Harrison School District Two in her individual and official capacity,
CHEYENNE MOUNTAIN CHARTER ACADEMY d/b/a THE VANGUARD SCHOOL
RENEE HENSLEE, Executive Director, The Vanguard School, in her official and personal capacities,
JEFF YOCUM, Director of Operations, The Vanguard School, in his official and personal capacities;
BETH DANJUMA, Assistant Principal, The Vanguard School, in her official and personal capacities

    Defendants.
_____

## MOTION TO WITHDRAW APPEARANCE OF SCOTT A. NECKERS ON BEHALF OF DEFENDANT BETH DANJUMA ONLY
_____

    Scott A. Neckers of Overturf McGath & Hull, P.C. hereby requests to withdraw as counsel for Defendant Beth Danjuma in her official and personal capacities, and states as follows:

### CERTIFICATE OF CONFERRAL

    This Motion to Withdraw is exempt from the duty to confer under D.C.COLO.L.Civ.R. 7.1(b)(4).

1. Defendant Beth Danjuma is represented by Peter C. Middleton of Hall & Evans, LLC. Mr. Middleton will continue to assume full counsel-of-record responsibilities for this case on behalf of Defendant Beth Danjuma.

2. Pursuant to D.C.COLO.LAttyR 5(b), Scott A. Neckers wishes to withdraw as counsel for Defendant Beth Danjuma.

3. From this date forward, all communications and further service regarding Defendant Beth Danjuma should be with Peter C. Middleton of Hall & Evans, LLC.

4. Pursuant to D.C.COLO.LAttyR 5(b), a copy of this Motion is being served to Defendant Beth Danjuma as well as all counsel of record.

5. No prejudice or delay will be caused by the Court granting the relief sought in this motion.

WHEREFORE, for good cause shown, undersigned counsel respectfully requests that this Court enter an Order permitting his withdrawal as counsel of record for Defendant Beth Danjuma, in her official and personal capacities.

DATED this 13th day of December 2023.

    Respectfully submitted,

    **OVERTURF McGATH & HULL, P.C.**

By  *s/Scott A. Neckers*
Scott A. Neckers
Lindsey W. Jay
Caroline F. Bordelon
Overturf McGath & Hull, P.C.
625 East Sixteenth Avenue, Suite 100
Denver, Colorado 80203
Tel: (303)860-2848
Fax: (303) 860-2869
san@omhlaw.com
lwj@omhlaw.com
cfb@omhlaw.com
*Attorneys for Defendants Cheyenne Mountain Charter Academy d/b/a The Vanguard School, Renee Henslee, Jeff Yocum and Beth Danjuma*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on December 13, 2023, I electronically filed the foregoing MOTION TO WITHDRAW APPEARANCE OF SCOTT A. NECKERS ON BEHALF OF DEFENDANT BETH DANJUMA ONLY with the Clerk of Court using the CM/ECF system with service as follows:

James Kerwin
William E. Trachman
Mountain States Legal Foundation
2596 S. Lewis Way
Lakewood, Colorado 80227
Phone: (303) 292-2021
Fax: (877) 349-7074
jkerwin@mslegal.org
wtrachman@mslegal.org
*Attorneys for Plaintiff*

John C. Eastman
Anthony T. Caso
Constitutional Counsel Group
1628 N Main St #289
Salinas, CA 93906
Phone: (909) 257-3869
Fax: (714) 844-4817
jeastman@ccg1776.com
*Attorneys for Plaintiff*

Gwyneth Whalen
David M. Strachan
CAPLAN AND EARNEST LLC
3107 Iris Avenue, Suite 100
Boulder, Colorado 80301
Phone: (303) 443-8010
gwhalen@celaw.com
dstrachan@celaw.com
*Attorneys for Defendants Harrison School District Two, Dr. Wendy Birhanzel and Dr. Mike Claudio*

Peter C. Middleton
Hall & Evans, LLC
1001 17th Street, Suite 300
Denver, CO 80202
Phone: (303) 628-3300
middletonp@hallevans.com
*Attorneys for Defendant Beth Danjuma*

Beth Danjuma
(via email only by her counsel, Overturf McGath & Hull, P.C.)

*s/Jessica Pringle*