## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-02769-RMR-MDB

J.R., a minor, by and through his mother and general guardian EDEN HOPE RODRIGUEZ,

    Plaintiff,

v.

HARRISON SCHOOL DISTRICT TWO;
WENDY BIRHANZEL, Superintendent, Harrison School District Two, in her official and personal capacities;
MIKE CLAUDIO, Assistant Superintendent of Personnel Support Services, Harrison School District Two, in his official and personal capacities;
CHEYENNE MOUNTAIN CHARTER ACADEMY, d/b/a THE VANGUARD SCHOOL;
RENEE HENSLEE, Executive Director, The Vanguard School, in her official and personal capacities;
JEFF YOCUM, Director of Operations, The Vanguard School, in his official and personal capacities; and
BETH DANJUMA, Assistant Principal, The Vanguard School, in her official and personal capacities;

    Defendants.

---

**UNOPPOSED JOINT DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING AND SUBMIT THE PROPOSED SCHEDULING ORDER**

---

Defendants, Harrison School District Two, Wendy Birhanzel, and Mike Claudio, (collectively referenced as the "School District Defendants") and Defendants Cheyenne Mountain Charter Academy d/b/a The Vanguard School, Renee Henslee, and Jeff Yocum (collectively referenced as the "Vanguard Defendants") and Defendant Beth Danjuma, through undersigned counsel, hereby submit this Unopposed Joint Motion for Extension of Time to File a Responsive Pleading and Submit the Proposed Scheduling Order, and in support thereof state as follows:

**CERTIFICATE OF CONFERRAL**

Undersigned counsel certify that they conferred with Plaintiff's counsel by email on January 2-3, 2024. Plaintiff does not oppose the relief sought in this motion.

**MOTION**

1. On October 23, 2023, Plaintiff filed a Complaint against two separate entities and five individuals that is 45 pages long and includes 10 exhibits. (ECF 1.)

2. On October 31, 2023, the Court entered an order setting various initial case deadlines including but not limited to a January 3, 2024 deadline for the parties to submit a proposed scheduling order. (ECF 10.)

3. Due to the interim holidays and their need to investigate the claims and defenses, the School District Defendants, Vanguard Defendants, and Defendant Danjuma each sought and received an extension of time to file a responsive pleading up to and including January 8, 2024. (ECF 23; 27; 28; and 30.)

4. Pursuant to RMR Civ. Practice Standard 7.1B(b), on December 21, 2023, the School District Defendants conferred with Plaintiff on their anticipated Fed. R. Civ. P. 12(b) motion. Plaintiff's counsel indicated that Plaintiff would not amend his complaint.

5. On January 2, 2024, Plaintiff's counsel emailed defense counsel that Plaintiff anticipated amending his complaint due to interim events and his conferral with the School District Defendants. Plaintiff further notified Defendants that he anticipated amending his complaint on or about January 11, 2024, and that they should not waste their efforts in responding to the current version of his complaint.

6. Due to Plaintiff's notification, on January 2, 2024, Defendants conferred with

2

Plaintiff's counsel regarding an extension of time they would need to file their respective responsive pleadings as well as an extension of time for the parties to submit the proposed scheduling order.

7. In response, Plaintiff does not oppose a 21-day extension of time for Defendants to respond to the amended complaint upon his filing of same and a 21-day extension of time for the parties to submit the proposed scheduling order after the amended complaint is filed.

8. Defendants submit that good cause exists to allow this additional time to file their respective responsive pleadings as it is in the interests of judicial economy and preserves the parties' limited resources to avoid filing and briefing responsive pleadings to a soon-to-be inoperable complaint. Good cause further exists for a short extension of the parties' deadline to submit a proposed scheduling order, because it will allow the parties to accurately state their respective statements of claims and defenses, as well as the scope of discovery, after the amended complaint has been filed on January 11th.

9. No party will be unfairly prejudiced by the brief extensions requested and all parties agree with the proposed extensions which will result in moving the case forward more expeditiously and economically.

10. Per D.C.COLO.LCivR 6.1(b), this is all Defendants' second request for an extension of time to file a responsive pleading.

11. As required by D.C.COLO.LCivR 6.1(c), counsel for Defendants will each contemporaneously serve a copy of this Motion on their respective clients.

WHEREFORE, the School District Defendants, Vanguard Defendants, and Defendant Beth Danjuma request that the Court enter an Order granting an extension of time: (a) for

3

Defendants to file their responsive pleadings up to and including 21 days after Plaintiff files his amended complaint; and (b) for the parties to file the proposed scheduling up to and including 21 days after Plaintiff files his amended complaint.

Respectfully submitted this 3rd day of January 2024.

    *s/David M. Strachan*
    Gwyneth Whalen
    David M. Strachan
    CAPLAN AND EARNEST LLC
    3107 Iris Avenue, Suite 100
    Boulder, Colorado 80301
    303-443-8010
    gwhalen@celaw.com
    dstrachan@celaw.com
    *Attorneys for the School District Defendants*

    *s/Scott A. Neckers*
    Scott A. Neckers
    Lindsey W. Jay
    Caroline F. Bordelon
    Steven Boatright
    Overturf Mcgath & Hull, P.C.
    625 East Sixteenth Avenue, Suite 100
    Denver, Colorado 80203
    (303)860-2848
    san@omhlaw.com
    lwj@omhlaw.com
    cfb@omhlaw.com
    swb@omhlaw.com
    *Attorneys for the Vanguard Defendants*

    *s/Peter C. Middleton*
    Peter C. Middleton
    Hall & Evans, L.L.C.
    1001 17th Street, Suite 300
    Denver, CO 80202
    303-628-3300
    middletonp@hallevans.com
    *Attorney for Defendant Beth Danjuma*

**CERTIFICATE OF SERVICE**

  I hereby certify that on January 3, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

James Kerwin
William E. Trachman
Mountain States Legal Foundation
jkerwin@mslegal.org
wtrachman@mslegal.org
Attorneys for Plaintiff

John C. Eastman
Anthony T. Caso
Constitutional Counsel Group
jeastman@ccg1776.com
atcaso@ccg1776.com
Attorneys for Plaintiff

Alexander H. Haberbush
Lex Rex Institute
444 West Ocean Boulevard, Suite 1403
Long Beach, CA 90802
562-435-9062
ahaberbush@lexrex.org
Attorney for Plaintiff

Scott A. Neckers
Lindsey W. Jay
Caroline F. Bordelon
Overturf McGath & Hull, P.C.
san@omhlaw.com
lwj@omhlaw.com
cfb@omhlaw.com
Attorneys for Vanguard Defendants

Peter C. Middleton
Hall & Evans, L.L.C.
middletonp@hallevans.com
Attorney for Defendant Danjuma

            *s/Shelley McKinstry*
            Shelley McKinstry, Paralegal