IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Maritza Dominguez Braswell**

| | |
|---|---|
| Civil Action No:   23-cv-02769-SKC-MDB | Date:   February 26, 2024 |
| Courtroom Deputy:   E. Lopez Vaughan | FTR:   Courtroom 101 |

*Parties:* 

Eden Hope Rodriguez

   Plaintiff,

v.

Harrison School District 2 et al

   Defendant.

*Counsel:*

James Kerwin
William Trachman

David Strachan
Mary Whalen

## COURTROOM MINUTES

**MOTION HEARING**

**12:32 p.m.**      **Court in session.**

Court calls case.  Appearances of counsel.

The parties put forth additional argument on Defendants' *Motion to Stay Discovery* at ECF No. 57 (See also ECF No.'s 71, 72, 73). The Court finds that the String Cheese factors weigh in favor of a stay. Accordingly, it is

**ORDERED**:   The Motion at ECF No. 57 is **GRANTED** and a **STAY** of discovery is imposed. The parties shall supplement previously agreed to disclosures once a protective order is issued.

The Court finds Plaintiff's *Motion for Leave to File Sur-Reply in Opposition to Motion to Stay Discovery* at ECF No. 76 MOOT based on its ruling above.

**1:16 p.m.**      **Court in recess.**

Hearing concluded.
Total in-court time     00:44

*To order transcripts of hearings, please contact Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.